*Exhibit 2*

*Posted Nov. 18, 2022 by FCI Legal Dept.*

## Inmate Message

## First Step Act Time Credits Calculation

- In January 2022, the federal regulations were published describing how First Step Act time credits (FTCs) are earned and applied. BOP used this guidance to calculate FTCs, and more recently an automated calculator was implemented.
- When this automation happened, some of you may have noticed your time credit balance decreased. The primary reasons for this change are because some inmates did not complete needs assessments and/or declined programs.
- To assist inmates in addressing these issues, Unit Team staff will receive rosters identifying the individuals who lost credit.
- **A grace period will be available until December 31, 2022, to allow you the opportunity to complete all needs assessments or address any declined programs.** During this period, the agency will work to assist all inmates in completing their needs assessments, and if completed by December 31, 2022, you will earn available FTCs.
- Needs assessments will be reissued during this time period to inmates with unassessed needs. In addition, any decline codes in place up to December 31, 2022, will not result in an inmate being placed in non-earning status. The BOP will work with inmates to develop a new plan if you have program decline codes and will only withhold if an inmate again declines to participate in a recommended program.
- **Beginning January 1, 2023, full automation will begin, and any incomplete needs assessments or any declined to participate codes will lead to you not earning FTCs in accordance with the federal regulations.**
- Failure to resolve these issues by the deadline will result in inmates being ineligible to earn or apply the time credits earned when the full auto-calculation resumes (and accounts for program declines and missing needs assessments).
- Three additional changes are being made to how credits are calculated:
    - First, you will soon be able to see all potential FTC you may earn over the course of your sentence. This number is only an estimate; it is not a guarantee and may change depending on your

GOTTESFELD, MARTIN  12982104

- successful participation in programming or non-participation.
- Second, you will be able to earn credit while in administrative detention. In doing so, it is expected that you will continue participating in available programming opportunities provided to you.
- Finally, you will be able to continue earning credit while in the community, so long as you continue to successfully comply with all the rules and procedures of pre-release custody.

GOTTESFELD, MARTIN 12982104