
*Exhibit 3*

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 12982-104 | Risk Level Inmate....: R-LW |
| Inmate Name | General Level......: R-LW (14) |
| Last.........: GOTTESFELD | Violent Level......: R-LW (12) |
| First........: MARTIN | Security Level Inmate: MINIMUM |
| Middle.......: | Security Level Facl..: ADMIN |
| Suffix.......: | Responsible Facility.: MAR |
| Gender.........: MALE | Start Incarceration..: 01/10/2019 |

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 38 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 4 | 3 | 3 |
| Serious Incident Reports (120 Months) | 3 | 3 | 3 |
| Time Since Last Incident Report | 10 | 1 | 1 |
| Time Since Last Serious Incident Report | 11 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | 14 | 12 |