Exhibit 5

# Bureau of Prisons
# Psychology Services
# RDAP - Diagnostic Interview

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | GOTTESFELD, MARTIN | | | Reg #: | 12982-104 |
|---|---|---|---|---|---|
| Date of Birth: | 03/05/1984 | Sex: M | Facility: MAR | Unit Team: | I |
| Date: | 04/20/2022 14:36 | Provider: | Gauthier, C. Psy.D. | | |

### Reason for Interview

Inmate GOTTESFELD expressed an interest in the Residential Drug Abuse Treatment Program. He was interviewed on 04/20/2022 to determine whether he meets the criteria for a Substance Use Disorder per the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) during the year prior to his arrest. This determination is based primarily upon a clinical interview and existing documentation, including PDS/BEMR records and the Presentence Investigation Report (PSI). His projected release date is 12/11/2024.

### Inmate's Report of Substance Abuse

REDACTED HIPAA/PHI

### Inmate's Report of Mental Health History

The following was obtained from his PSIR dated 01/02/2019:

REDACTED HIPAA/PHI

health provider met with the defendant after the instant verdict, and, at that time, the defendant reported that he was doing well, and he remained focused on activism and his appeal. Gottesfeld reports that he is not currently interested in mental health treatment.

**Diagnostic Criteria Analysis Results**



REDACTED HIPAA/PHI

**Substance Abuse Diagnosis**



REDACTED HIPAA/PHI

Based on the above review, the inmate appears to meet the initial requirements for 3621(e) and as such, a Request for 3621(e) Offense Review will be forwarded to DSCC legal staff. The inmate will be informed of his early release eligibility status as soon as this information becomes available.

**Diagnosis:**



REDACTED HIPAA/PHI