
Exhibit 6

BP-A0942           Request for § 3621(e) Offense Review CDFRM
JUN 11
U.S. DEPARTMENT OF JUSTICE                             FEDERAL BUREAU OF PRISONS

| Inmate's Name:<br>Gottesfeld, Martin | Register Number:<br>12982-104 |
|---|---|
| Submitting DAPC:<br>C. Gauthier, Psy. D. | Date of DAPC Interview:<br>04/20/2022 |
| Institution:<br>USP Marion | If applicable, at which institution did the inmate complete the unit-based portion of RDAP?<br>N/A |

This form requests and documents Designation and Sentence Computation Center (DSCC) legal staff review of the inmate's current and prior offenses, to determine whether the offense(s) preclude him/her from early release eligibility pursuant to 18 U.S.C. § 3621(e).

Subsection I - Current Offense Review (To be completed by DSCC legal staff.)

The inmate's current offense conviction: (Check all that apply and explain in box provided.)

_____ (1) has as an element, the actual, attempted, or threatened use of physical force against the person or property of another (28 C.F.R. § 550.55(b)(5)(i));

_____ (2) involved the carrying, possession, or use of a firearm or other dangerous weapon or explosives (including any explosive material or explosive device) (28 C.F.R. § 550.55(b)(5)(ii));

_____ (3) by its nature or conduct, presents a serious potential risk of physical force against the person or property of another (28 C.F.R. § 550.55(b)(5)(iii));

_____ (4) by its nature or conduct involves sexual abuse offenses committed upon minors (28 C.F.R. § 550.55(b)(5)(iv));

_____ (5) is a "crime of violence" as defined by D.C. Code § 23-1331(4) [This provision applies only to D.C. Code felony offenders (28 C.F.R. § 550.55(a)(1)(ii))]; or

_____ (6) is an attempt, conspiracy, or other offense which involved an underlying offense to commit any precluding offense (28 C.F.R. § 550.55(b)(6)).

| List precluding current offense information, and note relevant regulation, policy, and other information. |
|---|
| "NONE". DSCC legal staff reviewed the inmate's current offense(s) under the current version of 28 C.F.R. § 550.55(b), implemented on May 26, 2016. |

| Inmate's Name: | Register Number: |
|---|---|
| Gottesfeld, Martin | 12982-104 |

Section II - Prior Offense Review (To be completed by DSCC legal staff)

The inmate's prior felony or misdemeanor adult conviction history includes a precluding offense listed in 28 C.F.R. § 550.55(b), as follows:
(Check all that apply and explain in box provided.)

| | |
|---|---|
| ____ (1) homicide (including deaths caused by recklessness, but not including deaths caused by negligence or justifiable homicide); | ____ (6) kidnaping; |
| ____ (2) forcible rape; | ____ (7) an offense that by its nature or conduct involves sexual abuse offenses committed upon minors; or |
| ____ (3) robbery; | ____ (8) an attempt, conspiracy, or other offense which involved an underlying offense to commit any offense listed in 28 C.F.R. § 550.55(b)(4). |
| ____ (4) aggravated assault; | |
| ____ (5) arson; | |

List precluding prior conviction(s), and note relevant regulation, policy, and other information.

"NONE". DSCC legal staff reviewed the inmate's prior conviction(s) that occurred within the ten years prior to the date of sentencing for the inmate's current commitment under the current version of 28 C.F.R. § 550.55(b), implemented on May 26, 2016.

Based on the above criteria and analysis, this inmate's current and/or prior offense(s) (select one):

____ PRECLUDES          ✔ DOES NOT PRECLUDE

him/her from early release pursuant to 18 U.S.C. § 3621(e)(2)(B).

| Preparing DSCC Legal Staff Member: (print and signature) D.S. *Digitally signed by DYLAN SAUERS Date: 2022.04.22 13:51:54 -05'00'* | Date: 04/22/2022 |
|---|---|
| Reviewing DSCC Legal Staff Member: (print and signature) C. Crews *Digitally signed by CHRISTOPHER CREWS DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=CHRISTOPHER CREWS, 0.9.2342.19200300.100.1.1=15001002878423 Date: 2022.04.22 14:02:59 -05'00'* | Date: 4/22/2022 |