Exhibit 8 

Attachment A

## Administrative Remedy · Informal Resolution
### Marion, Illinois

Inmate's Name **Bottesfield** Reg No. **12982-104** Unit **I** Date **4-28-22**

NOTICE: You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: I am denied RDAP without due process. *See, e.g., Calligan v. Wilson*, 362 F. Appx. 543, 545 (7th Cir. Dec. 23, 2009) (citing *Piggie v. McBride*, 277 F.3d 922, 924 (7th Cir. 2002)) (Prisoner "has a protected liberty interest in his his good-time credits and credit-earning class, and he may not be deprived of either without the minimum requirements of due process"); *Aref v. Lynch*, 833 F.3d 242, 257 (D.C. Cir. 2016) (citing *Sandin v. Conner*, 515 U.S. 472 (1995)) ("[W]e find the designation [to a CMU] meet's *Sandin's* [atypicality and significance] requirements" such that prisoners are entitled to pre-deprivation due process); and 18 U.S.C. §§ 3621(b) and (e)(1)(C) (BOP must make RDAP available to all prisoners) and 4042(a)(2,3)

2. State what efforts you have made to informally resolve your complaint: I submitted a handwritten request (cop-out), an electronic request, spoke to every member of my unit team, spoke to Dr. Fields, and filed a notice of tort claim (SF-95).

3. State what resolution you request: Please provide me RDAP at a facility commensurate with my custody level (minimum), release address in Somerville, MA (see 18 U.S.C. § 3621(b) (500-driving-mile rule)), and status as a non-"drop out", non-sex-offender, non-cooperator, e.g., not medium-security "drop-out yard" USP Marion, Illinois.

Inmate's Signature: _____ Date: **April 28, 2022** (Thu.)

4. Correctional Counselor's Comments (Steps to Resolve): _____

Counselor's Signature: _____ Date: _____

Unit Manager's Review: _____ Date: _____

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date |  |  |  |  |
| Time |  |  |  |  |
| Counselor |  |  |  |  |

MAR-1010.03J

03-27-10

Page 4