Exhibit 10

Attachment A

# FCC Terre Haute
## BP-8 - Informal Resolution

| NAME | NUMBER | UNIT |
|---|---|---|
| Gottesfeld, Martin | 12982-104 | D |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form): I have repeatedly and timely requested RDAP. BOP has confirmed I qualify for RDAP and the one-year credit it provides towards my sentence. No part of my administrative placement disqualifies me for RDAP or relieves BOP of its statutory duty and constitutional obligation to provide me RDAP in an appropriate setting, i.e. a camp within 500 driving miles of my home in Somerville, MA 02143. I am unlawfully denied RDAP. No SF-95 requires an answer by Dec. 1, 2022.

2. Requested Resolution: Send me to RDAP so I get the one-year credit and treatment to which I am entitled by statute and U.S. Const. amends. V, VIII.

Inmate Signature: [signature] Th. 2022-11-10

Staff Printed Name/Signature/Date: PE 11/14/22

Dept. Assigned for Response: Psy
Due Date:

3. Staff Response:

Section 4: ☐ Informally Resolved/Complaint Withdrawn ☐ No Informal Resolution/Progress to BP-9

Inmate's signature: _____
Staff Printed Name/Signature: M Myers [signature]
Date: 11/15/22

THX-1330.18D

Page 5

A review of your record reveals you are qualified for RDAP and are eligible for the 3621 (e) Early Release where you could have up to a year off of your sentence upon successfully completing RDAP. However, safety and security take precedence over programming. Therefore, your current placement in the CMU does not allow for you to be moved to an RDAP at this time. Upon removal from the CMU, you can be considered for RDAP.

M. Myers, Chief Psychologist