Exhibit 13

# FCC Terre Haute
# BP-8 - Informal Resolution

| NAME | NUMBER | UNIT |
|---|---|---|
| GOTTESFELD, MARTIN S. | 12982-104 | D-40 |

**Notice to Inmate:** Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, Administrative Remedy Program and the FCC Terre Haute Institutional Supplement thereto (both available via the Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form): I believe the Drug Education ("Drug Ed.") I took in this unit in 2021 has not been correctly construed as a First Step Act ("FSA") Productive Activity (PA), causing me, erroneously, to lose FSA time credit and miss a PATTERN reassessment in 2021 that would have, if timely performed, increased my FSA time credits thereafter from 10 days per 30 to 15 days per 30. My team paperwork correctly notes my Drug Ed. completion in 2021. Drug Ed. is a FSA PA. See U.S. Dep't of Justice, Fed. Bureau of Prisons, Evidence-based Recidivism Reduction (EBRR) Programs and Productive Activities (PA) pg. 3, second row ("Drug Education"). "[E]ach eligible inmate earns Time Credits while participating in recommended EBRR Programs and PAs." 87 FR 2705, 2711. "Time Credits for successful participation are awarded at the end of each thirty-day period." Id. "An eligible inmate[...] may earn FSA Time Credit if he or she is successfully participating in EBRR programs or PAs that the Bureau has recommended based on the inmate's" SEE CONT. PG ->

2. Requested Resolution: Please update my records nunc pro tunc (retroactively) to reflect that my participation in Drug Ed. here in 2021 was an FSA Productive Activity (PA), so that I earned FSA Time Credits and that I had a PATTERN reassessment as required by 18 U.S.C. § 3632(d)(5) due to my successful participation in Drug Ed.

I completed this BP-8 on 27 NOV. 2022 (SUN.) and shall turn it in 28 NOV. 2022 or my first opportunity thereafter.

Inmate Signature: BY: [signature]    27 NOV. 2022 (SUN.)

Staff Printed Name/Signature/Date:

Dept. Assigned for Response:    Due Date:

3. Staff Response:

Section 4: ☐ Informally Resolved/Complaint Withdrawn    ☐ No Informal Resolution/Progress to BP-9

Inmate's signature    Staff Printed Name/Signature    Date

"BP-8"—INFORMAL RESOLUTION CONT. PG.

GOTTESFELD, MARTIN S.          12982-104                          D-40

"risk and needs assessment on or after January 15, 2020." Id. at 2718 (quoting 28 C.F.R. § 523.42(b)(3) (Jan. 19, 2022)). My risk and needs assessment indicated I needed Drug Ed. I passed the course with a perfect score.

    To my knowledge, however, my FSA credits do not reflect participation in the approx. 10-week Drug Ed. course in 2021, for which I would expect to see 20 days of FSA credits, if not more.

    Further, my FSA credits do not reflect my earning the appropriate 15 days per 30 days of participation that I should have earned shortly after Drug Ed.

> For every thirty-day period that an eligible inmate has successfully participated in EBRR Programs or PAs recommended based on the inmate's risk and needs assessment, that inmate will earn an additional five days of FSA Time Credits if the inmate:
>     (i) Is determined by the Bureau to be at a minimum or low risk for recidivating; and
>     (ii) Has maintained a consistent minimum or low risk of recidivism over the most recent two consecutive risk and needs assessments conducted by the Bureau.

Prog. Stat. 5410.01 First Step Act of 2018—Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) (Nov. 18, 2022) at pg. 10 (quoting 28 C.F.R. § 523.42(c)(2)). My first risk-and-needs assessment was conducted ca. Jan. 14, 2020. See 18 U.S.C. § 3621(h)(1)(A) (BOP to complete an initial risk-and-needs assessment for all prisoners by Jan. 15, 2020). My successful participation in a PA required a second PATTERN assessment in or about 2021: "A prisoner who successfully participates in evidence-based recidivism reduction programming or productive activities shall receive periodic risk reassessments not less often than annually." 18 U.S.C. § 3632(d)(5).

    And had I received a timely reassessment I would have continued to score low or minimum and began earning the extra five days of credit under 28 C.F.R. § 523.42(c)(2) at that point, earlier than my record currently reflects. To summarize, 1) Drug Ed. is an FSA PA; 2) I successfully completed Drug Ed. here in 2021, as my paperwork reflects; 3) I should receive credit for Drug Ed. under 28 C.F.R. § 523.42(b)(3); 4) I should have been reassessed ca. the time I began Drug Ed., pursuant to 18 U.S.C. § 3632(d)(5); and 5) my subsequent FSA credits should have been earned at a rate of 15 days of credit per 30 days of participation, instead of 10 days of credit per 30 of participation.

27 NOV. 2022 (SUN.)                               by: Martin Gottesfeld