*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: GOTTESFELD, MARTIN S.   12982-104   D   FCI-THA
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

PLEASE SEE CONTINUATION PAGE INCLUDED.

30 NOV. 2022 (WED.)
DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                         CASE NUMBER: _____

                                                   CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____         RECIPIENT'S SIGNATURE (STAFF MEMBER)
DATE                                                  BP–229(13)
USP LVN                                               APRIL 1982

"[F]ormal administrative remedy requests regarding initial decisions that did not originate with the Warden, or his/her staff, may be initially filed with the Bureau office which made the original decision." 28 C.F.R. § 542.14(d)(5). This is just such a request: BOP's Federal Time Credits (FTCs) auto-calculation application originated in and is overseen by the DSCC, and my single request is for the DSCC to adjust the auto-calculation of my FTCs to obey all laws as follows.

Under 18 U.S.C. § 3585(a) my sentence commenced Jan. 10, 2019. If my credits do not already reflect that I began presumed participation Jan. 10, 2019, then it should be updated to do so. The Bureau has conceded that one may earn FTCs in the community, e.g., before I was taken from the county jail to MDC Brooklyn on Feb. 15, 2019. My credits should reflect I earned 10 days from Jan. 10-Feb. 8, 2022, then 15 days for each 30 days participation thereafter. See, e.g., Pillow v. Bureau of Prisons, 2022 U.S. Dist. LEXIS 192489, No. 4:22-cv-713 PSH (E.D. Ark. Oct. 21, 2022) at *9, ¶¶ 5-6, 14 (prisoner earned 100 days credit for 211-day presumed-participation period, i.e. 10 days for the first 30 days participation then 15 days for each 30 days further participation). In total I should have 370 days' participation from Jan. 10, 2019, to Jan. 14, 2020, and either 180 days time credits or 175 days time credits and 10 days carry-over participation.

Next I took Drug Ed. in 2021, which is a productive activity (PA). The class lasted ca. 10 weeks, i.e. another 70 days participation. That should be either another 35 days time credits, to total 215 days time credits, or another 30 days time credits with another 10 days carry-over participation, to total 205 days time credits and 20 days carry-over participation.

Last, I should have another 321 days participation from Jan. 14, 2022, through the time I'm writing this on Nov. 30, 2022. That should mean either a final 160 days time credits, to total 375 days time credits, or another 150 days time credits with 21 days carried-over, to total 370 days time credits with 11 days carry-over participation, and counting.

The only paperwork I ever received purporting to show my FSA time credits was dated ca. Oct. 27, 2022, and listed 244 days time credits—almost 50 days too few. I have zero visibility into the mechanics of the auto-calculation application so I know not where the discrepency or discrepencies may lie. Any insight would be appreciated.

Thanks for your consideration,

by: *[signature]*
Martin Gottesfeld

30 NOV. 2022 (WED.)

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __GOTTESFELD, MARTIN S.__  __12982-104__  __D__  __FCI-THA__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

## Part A—REASON FOR APPEAL

PLEASE SEE CONTINUATION PAGE INCLUDED.

__30 NOV. 2022 (WED.)__                                [signature]
DATE                                                        SIGNATURE OF REQUESTER

## Part B—RESPONSE

_____                        _____
DATE                                                         REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: _____

-----

## Part C—RECEIPT

                                                            CASE NUMBER: _____

Return to: _____   _____   _____   _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                        BP-230(13)

"[F]ormal administrative remedy requests regarding initial decisions that did not originate with the Warden, or his/her staff, may be initially filed with the Bureau office which made the original decision." 28 C.F.R. § 542.14(d)(5). This is just such a request: BOP's Federal Time Credits (FTCs) auto-calculation application originated in and is overseen by the DSCC, and my single request is for the DSCC to adjust the auto-calculation of my FTCs to obey all laws as follows.

Under 18 U.S.C. § 3585(a) my sentence commenced Jan. 10, 2019. If my credits do not already reflect that I began presumed participation Jan. 10, 2019, then it should be updated to do so. The Bureau has conceded that one may earn FTCs in the community, e.g., before I was taken from the county jail to MDC Brooklyn on Feb. 15, 2019. My credits should reflect I earned 10 days from Jan. 10-Feb. 8, 2022, then 15 days for each 30 days participation thereafter. See, e.g., Pillow v. Bureau of Prisons, 2022 U.S. Dist. LEXIS 192489, No. 4:22-cv-713 PSH (E.D. Ark. Oct. 21, 2022) at *9, ¶¶ 5-6, 14 (prisoner earned 100 days credit for 211-day presumed-participation period, i.e. 10 days for the first 30 days participation then 15 days for each 30 days further participation). In total I should have 370 days' participation from Jan. 10, 2019, to Jan. 14, 2020, and either 180 days time credits or 175 days time credits and 10 days carry-over participation.

Next I took Drug Ed. in 2021, which is a productive activity (PA). The class lasted ca. 10 weeks, i.e. another 70 days participation. That should be either another 35 days time credits, to total 215 days time credits, or another 30 days time credits with another 10 days carry-over participation, to total 205 days time credits and 20 days carry-over participation.

Last, I should have another 321 days participation from Jan. 14, 2022, through the time I'm writing this on Nov. 30, 2022. That should mean either a final 160 days time credits, to total 375 days time credits, or another 150 days time credits with 21 days carried-over, to total 370 days time credits with 11 days carry-over participation, and counting.

The only paperwork I ever received purporting to show my FSA time credits was dated ca. Oct. 27, 2022, and listed 244 days time credits—almost 50 days too few. I have zero visibility into the mechanics of the auto-calculation application so I know not where the discrepency or discrepencies may lie. Any insight would be appreciated.

Thanks for your consideration,

by: [signature]
Martin Gottesfeld

30 NOV. 2022 (WED.)

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __GOTTESFELD, MARTIN S.__  __12982-104__  __D__  __FCI-THA__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

PLEASE SEE CONTINUATION PAGE INCLUDED.

__30 NOV. 2022 (WED.)__    _[signature]_
DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

BP-230(13)

NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CONTENTS—
* FORM BP-229(13); AND
*' CONT. PG. IN QUADRUPLICATE.

Wednesday, November 30, 2022
⇔12982-104⇔
D S C C Bureau Of Prisons
Grand Prairie Office Cplx
346 Marine Forces DR
Grand Prairie, TX 75051
United States





USPS TRACKING #

9114 9022 0078 9988 6602 52

---

NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ CORRECTIONAL INSTITUTION
P.O. Box 33
Terre Haute, IN 47808

CONTENTS—
* FORM BP-230(13); AND
*' CONT. PG. IN QUADRUPLICATE.

Wednesday, November 30, 2022
⇔12982-104⇔
U S Bureau Of Prisons
South Central Regional Of
344 Marine Forces DR
Grand Prairie, TX 75051
United States




USPS TRACKING #

9114 9022 0078 9988 6602 38

---

NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ CORRECTIONAL INSTITUTION
P.O. Box 33
Terre Haute, IN 47808

CONTENTS—
* FORM BP-230(13); AND
*' CONT. PG. IN QUADRUPLICATE.

Wednesday, November 30, 2022
⇔12982-104⇔
D S C C Bureau Of Prisons
Grand Prairie Office Cplx
346 Marine Forces DR
Grand Prairie, TX 75051
United States




USPS TRACKING #

9114 9022 0078 9988 6602 14