Exhibit 15



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*United States Penitentiary*

*4500 Prison Road*

*Marion, IL 62959*

---

August 8, 2022

MEMORANDUM FOR: Administrative Remedy Coordinator

FROM: M. Wallace, Administrative Remedy Clerk
USP Marion, IL

SUBJECT: Late Administrative Remedy/Delay Memo

On August 8, 2022, Administrative Remedy Rejection 1120431-R2 was placed in the inmate mailbox back to the inmate. Please use your judgment in accepting his appeal accordingly.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 30, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO   : MARTIN GOTTESFELD, 12982-104
       MARION USP    UNT: I    QTR: I01-009L
       P.O. BOX 2000
       MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

```
REMEDY ID      : 1120431-R2      REGIONAL APPEAL
DATE RECEIVED  : JUNE 27, 2022
SUBJECT 1      : DHO APPEAL - PROCEDURES
SUBJECT 2      :
INCIDENT RPT NO: 3338082
```

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE   DHO REPORT YOU
                 WISH TO APPEAL OR    IDENTIFY THE CHARGES AND DATE
                 OF THE DHO ACTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.



Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: GOTTESFELD, MARTIN S.    12982-104    I    USP MARION
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL This is a resubmission of remedy ID 1120431-R1, seeking only the expungement of incident report ("IR") 3338082, DHO action taken 12-20-2019, charge 204A attempted extortion. In support of this singular request, I note 28 C.F.R. §§ 115.52(b)(1) ("The agency shall not impose a time limit on when an inmate may submit a grievance regarding an allegation of sexual abuse"); 115.67(c) (BOP "shall act promptly to remedy" PREA retaliation, including IRs). The IR was plainly retaliatory—and therefore unconstitutional—written immediately after I handed its author Rebekka Eisele a PREA re FCI-THA D-unit manager Mr. Todd Royer—now the subject of an internal-affairs investigation. Royer was alternate DHO Mr. D. Matthews fellow alternate DHO, whom he protected and took revenge for. The PREA was in the same set of papers I handed to Eisele with the cop-out that became subject of the IR. Also in support of this singular request to expunge the IR, I note that remedies were unavailable to me at FCI-THA due to affirmative misconduct of its officials so I filed this remedy only after my transfer to USP-MARION. For details in support of the unavailability of remedies prior to my transfer, see Gottesfeld v. Lammer, 2:20-cv-12-JRS-MJD (S.D. Ind.), dkt. 1 (Petition, Jan. 7, 2020) at 23, § IV (citing, inter alia, Ross v. Blake, 136 S. Ct. 1850, 1859–60 (2006); Turley v. Rednour, 729 F.3d 645, 650 n. 3 (7th Cir. 2013); Ramirez v. Young, 906 F.3d 530, 533 (7th Cir. 2018); Dole v. Chandler, 438 F.3d 804, 809 (7th Cir. 2006); Kaba v. Stepp, 458 F.3d 678, 684–86 (7th Cir. 2006) (adopting Hemphill v. New York, 380 F.3d 680, 688 (2d Cir. 2004)); O'Brien v. Town of Caledonia, 748 F.2d 403, 409 (7th Cir. 1984)). I note in further support of my single request to expunge the IR that DHO D. Matthews was biased. See id. at 13, § III. My warden-appointed staff rep. neglected her duties and my rights. Id. In further support of my single request to expunge the IR I note that I was denied witnesses, e.g., Rebekka Eisele and William Harris, and exculpatory evidence, e.g., a copy of the cop-out in question. PLEASE SEE CONTINUATION PAGE ->

June 15, 2022 (Wed.)—the same day I received the rejection
DATE      SIGNATURE OF REQUESTER

Part B - RESPONSE

[Stamp: RECEIVED JUN 27 [2022] REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION]

_____ DATE        REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

Part C - RECEIPT      CASE NUMBER: 1120431-R2

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002