Exhibit 17

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP    UNT: I    QTR: I01-009L
      P.O. BOX 2000
      MARION, IL 62959


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID         : 1120431-R3       REGIONAL APPEAL
DATE RECEIVED     : AUGUST 17, 2022
SUBJECT 1         : DHO APPEAL - PROCEDURES
SUBJECT 2         :
INCIDENT RPT NO:    3338082

REJECT REASON 1:  YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10)
                  MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                  RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME
                  INCLUDES MAIL TIME.

REMARKS         : YOU BEGAN THIS APPEAL 5/6/22 AND RECEIVED A NOTICE
                  TO PROVIDE THE DHO REPORT TWO TIMES. YOU HAVE NOW
                  COMPLIED; HOWEVER; YOU RECEIVED THE REPORT IN 2020.

Rec'd 9-27-22



Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: GOTTESFELD, MARTIN S.    12982-104    I    USP-MARION
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** This is a resubmission of rem. no. 1120431-R2, given to prison officials for mailing at the opportunity immediately following when the rejection was given to me—*see* Late Administrative Remedy/Delay Memo, included herewith. I seek expungement of incident report (IR) 3338082—*see* DHO report included herewith—sanctions entered Dec. 20, 2019, charged prohibited-act code 204A Extortion, Attempted. In support of this singular request to expunge IR 3338082 I note 28 C.F.R. §§ 115.52(b)(1) ("The agency shall not impose a time limit on when an inmate may submit a grievance regarding an allegation of sexual abuse"); 115.67(c) (BOP "shall act promptly to remedy" PREA retaliation, incl. IRs). The IR was plainly retaliatory—and therefore unconstitutional—written immediately after I handed its author Rebekka Eisele a PREA complaint re FCI-THA D-unit Manager Todd Royer—now the subject of an internal-affairs investigation. Royer was alternate DHO D. Matthews's fellow alternate DHO, whom he protected and avenged. The PREA complaint was in the same set of papers I handed to Eisele with the cop-out that became subject of the IR. Also in support of this singular request to expunge IR 3338082, I note that remedies were unavailable to me at FCI-THA due to affirmative misconduct of its officials so I filed this remedy only after my transfer to USP-MARION. For details in support of the unavailability of remedies prior to my transfer, *see Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.), dkt. 1 (Petition, Jan. 7, 2020) at 23, § IV (citing, *inter alia*, *Ross v. Blake*, 136 S. Ct. 1850, 1859-60 (2006); *Turley v. Rednour*, 729 F.3d 645, 650 n. 3 (7th Cir. 2013); *Ramirez v. Young*, 906 F.3d 530, 533 (7th Cir. 2018); *Dole v. Chandler*, 438 F.3d 804, 809 (7th Cir. 2006); *Kaba v. Stepp*, 458 F.3d 678, 685-86 (7th Cir. 2006) (adopting *Hemphill v. New York*, 380 F.3d 680, 688 (2d Cir. 2004)); *O'Brien v. Town of Caledonia*, 748 F.2d 403, 409 (7th Cir. 1984)) and dkt. 100 (Declaration of Martin Gottesfeld re *Exhaustion, Retaliation & Justiciability*). PLEASE SEE CONTINUATION PAGE —>

09 Aug. 2022 (Tue.)
DATE            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED AUG 17 2022

---

DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 1120431-R3

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002