Exhibit 19

BP-A0148　　　　　　　　INMATE REQUEST TO STAFF CDFRM
JUNE 10

U.S. DEPARTMENT OF JUSTICE　　　　　　　　　　　　　FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) SIMPKINS, MR. NATHAN—U.S.P. MARION I-UNIT CASE MGR. | DATE: 02 DEC. 2022 (FRI.) |
|---|---|
| FROM: GOTTESFELD, MARTIN S. | REGISTER NO.: 12982-104 |
| WORK ASSIGNMENT: N/A | UNIT: FCI-THA D-UNIT |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Salutations Mr. Simpkins—I hope you are well. I again thank you for helping me resolve IR 3427792. In reviewing my records I see that my second resubmission of rem. no. 1120386-R2 seeking expungement of IR 3552752 has not been acknowledged by regional. I accurately dated the BP-10 and envelope Saturday, November 5, 2022, and turned it over for mailing at mail call Monday, November 8, 2022. Going back a bit further my BP-11 appealing the rejection of rem. no. 1120431-R3 to expunge IR 3338082 is also unacknowledged. I dated it Friday, September 30, 2022, and turned it over for mailing at my next opportunity. Will you please advise me if your records reflect that you wrote the relevant memoranda for those remedies and that they were in fact cleared through CTU and mailed?

Thanks, by: [signature]

(Do not write below this line)

DISPOSITION:

Signature Staff Member　　　　　　　　　Date

Record Copy - File; Copy - Inmate

PDF　　　　　　　　　　　Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder　　　　SECTION 6