*Exhibit 22*

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP    UNT: I    QTR: I01-009L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1121369-A1
DATE RECEIVED  : AUGUST 25, 2022
RESPONSE DUE   : OCTOBER 24, 2022
SUBJECT 1      : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2      :

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MARTIN GOTTESFELD, 12982-104
      MARION USP     UNT: I     QTR: I01-009L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1121369-A1
DATE RECEIVED   : AUGUST 25, 2022
RESPONSE DUE    : OCTOBER 24, 2022
SUBJECT 1       : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2       :