MARTIN GOTTESFELD
REG. NO. 12982-104
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959







⇒12982-104⇐
North Central Region
400 State AVE
Kansas CITY, KS 66101-2492
United States

*SECOND* Resubmission of rem. no. 1120386-R2

SATURDAY, NOVEMBER 5, 2022

CONTENTS—

- MEMO. OF NATHAN SIMPKINS RE REM. NO. 1120386-R2;
- REGIONAL ADMINISTRATIVE REMEDY APPEAL ("BP-10") (05 NOV. 2022);
  - CONT. PG. (05 NOV. 2022) IN QUADRUPLICATE;
  - BP-10 NO. 1120386-A1, A2 (11 JULY 2022);
- CONT. PG. NO. 1120386-A1, A2 (11 JULY 2022) IN QUADRUPLICATE
- PROOF OF MAILING OF BP-10 NO. 1120386-A1, A2 *TO NORTH CENTRAL REGION*;
  - REJ NTC. 1120386-A1 (19 AUG. 2022);
  - REJ. NTC. NO. 1120386-A2 (22 AUG. 2022);
  - BP-10 NO. 1120386-R2 (03 JUNE 2022);
- MEMO. OF NATHAN SIMPKINS RE REM. NO. 1120386-R1 (07 JUNE 2022);
  - REJ. NTC. NO. 1120386-R2 (16 JUNE 2022);
  - BP-10 NO. 1120386-R1 (29 APR. 2022);
  - REJ. NTC. NO. 1120386-R1 (16 MAY 2022).

Priority Mail—Flat Rate

MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808




⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

PETITION FOR A WRIT OF HABEAS CORPUS (28 U.S.C. § 2241)
MONDAY, DECEMBER 5, 2022; *HOUSTON V. LACK*, 487 U.S. 266 (1988)




FILED
DEC 9 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Priority Mail Flat Rate