UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
12/19/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| MARTIN GOTTESFELD, Petitioner, *pro se*, <br><br> v. <br><br> T. RULE, Warden of The Federal Correctional Institution, Terre Haute, Indiana, Respondent. | No. _____. |

## MOTION FOR LEAVE TO SUPPLEMENT OR AMEND

MARTIN GOTTESFELD, Petitioner, *pro se*, moves the Court for leave to supplement, or, in the alternative, to amend the instant petition to address Respondent's untimely and belated deliveries of the Disciplinary Hearing Officer (DHO) reports for the RT incident report (IR) 3549119 and the TAC IR 3552752, effected after Petitioner's filing, under the prison-mailbox rule, of the instant petition.

The petition "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242.

> On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

Fed. R. Civ. P. 15(d). Petitioner has provided his provisional Supplemental Petition concurrently with this motion. *See* Supplemental Petition for a Writ of Habeas Corpus (§ 2241).

The Respondent effected the relevant events described therein upon his pre-emptive reading of the instant petition, before his mailing of the same to this Court for entry. *See* 28 C.F.R. § 540.203 (Petitioner's court filings are read for contents). No foreseeable prejudice to Respondent exists as a result of Petitioner's supplement. On the contrary, disallowance of Petitioner's supplemental pleading would prejudice Petitioner unfairly by forcing him, potentially, to refile this case to address Respondent's voluntary cessation of contested conduct, i.e. the

withholding of the relevant DHO reports in violation of Petitioner's due-process rights, and the remaining, relevant, due-process violations underlying the challenged IRs.

Moreover, disallowing Petitioner's supplemental pleading would be judicially ineconomical. It would force Petitioner to litigate related matters before this Court in separate cases because the events intervening between the initial petition and the supplemental petition leave the majority of the initial petition unaffected.

Should the Court find a supplemental pleading not in order, Petitioner moves, in the alternative, for leave to amend. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires"); *Parvis v. United States*, 662 F.3d 939, 945 (7th Cir. 2011) (assuming habeas petitioner "would have been able to amend" to include newly available *Johnson* claim).

Respectfully filed Sun., Dec. 11, 2022, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed U.S. Priority Mail postage and tracking no. 9114 9022 0078 9988 6602 90, handed at the next opportunity to Ms. Jamie Wheeler of the FCI-Terre Haute CMU unit team in her official capacity as an agent of Respondent and of his counsel,

by: /s/ Martin Gottesfeld
Martin Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that on Dec. 11, 2022, or my first opportunity thereafter I caused a digital copy of the foregoing document to be served upon the Respondent in the above-captioned case and on his counsel by handing this filing to Ms. Jamie Wheeler of the CMU Terre Haute unit team in her official capacity as an agent of Respondent and of his counsel, for mailing to the Court; *see* 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents).

by: /s/ Martin Gottesfeld
Martin Gottesfeld