Priority Mail Flat Rate

FILED

DEC 19 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808



UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9022 0078 9988 6602 90



⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

BC
12/17



UNITED STATES MARSHAL
PACKAGE SCREENED BY
[illegible]

Contents - 1.) Motion For Leave to Supplement or Amend (2 pgs.);
2.) Supplemental Petition for a Writ of Habeas Corpus (§ 2241) (9 pgs.); and
3.) Exhs 25-28 (34 pgs.). Total - 45 pages for entry.
For entry in Gottesfeld v. Rule.
Sun., Dec. 19, 2022; Houston v. Lack, 487 U.S. 266 (1988)

Priority Mail Flat Rate

1222 mo