FILED
12/23/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

```
MARTIN GOTTESFELD, Petitioner,  )
              pro se,           )
                                )
              v.                )   No. 2:22-cv-571-JRS-MJD
                                )
T. RULE, Warden of The          )
Federal Correctional Institution,)
              Respondent.       )
```

## SECOND MOTION FOR LEAVE TO SUPPLEMENT OR AMEND

MARTIN GOTTESFELD, Petitioner, pro se, moves the Court for leave to supplement, or, in the alternative to amend, the instant petition to address Respondent's untimely and belated deliveries of two remedy packets from the Bureau of Prisons (BOP) central office, effected after Petitioner's filing, under the prison-mailbox rule, of the instant Petition for a Writ of Habeas Corpus (28 U.S.C. § 2241), dkt. 1, and previous Motion for Leave to Supplement or Amend, dkt. unknown.

Petitioner relies on the application of the same arguments from his previous motion to the newly delivered remedy filings. See Motion for Leave to Supplement or Amend, dkt. unknown.

Respectfully filed Sun., Dec. 18, 2022, under the prison-mailbox rule, Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed First Class U.S. postage and tracking no. 9114 9022 0078 9988 6604 29, handed at the next opportunity to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of Respondent and of his counsel,

by: /s/
Martin Gottesfeld, pro se
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that on Dec. 18, 2022, or the first opportunity thereafter I caused a digital copy of the foregoing document to be served upon Respondent in the above-captioned case and on his counsel by handing this filing to Ms. Jamie Wheeler of the CMU Terre Haute unit team in her official capacity as an agent of Respondent and of his counsel, for mailing to the Court; *see* 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents).

by: /s/ 
Martin Gottesfeld