MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808



⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

SUNDAY, DECEMBER 18, 2022; *HOUSTON V. LACK*, 487 U.S. 266 (1988)
CONTENTS—·) 2D MOTION FOR LEAVE TO SUPPLEMENT OR AMEND (2 PGS.);
·) 2D SUPPL. PET. (5 PGS.); AND ·) EXHS. 29-31 (26 PGS.).
TOTAL—33 PGS. FOR ENTRY IN *GOTTESFELD V. RULE*, 2:22-CV-571-JRS-MJD.

FILED

DEC 23 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA