UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, Petitioner,
*pro se,*

v.

T. RULE, Warden of The
Federal Correctional Institution,
Terre Haute, Indiana,
Respondent.

)
)
)
)
)
)
)
)
)
)

No. 2:22-cv-571-JRS-MJD.

**FILED**

**01/09/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

NOTICE

MARTIN GOTTESFELD, Petitioner, *pro se,* notifies the Court and Respondent simultaneously with his

filing of his provisional Amended Petition for a Writ of Habeas Corpus (28 U.S.C. § 2241) that

while Petitioner was composing same he received Respondent's rejection of his regional remedy ap-

peal to the Bureau of Prisons (BOP) Designation and Sentence Computation Center and that Petition-

er appealed same. *See* FSA-credit BP-10 As Rej., Dec. 29, 2022, and Appealed, Exh. 1.

Petitioner brings no motion at this time; he merely notes that this notice is meant to pre-

vent any material misunderstanding from Amended Pet. at 17, ¶ 95 ("Petitioner has received no an-

swers to the other FSA-credit remedies"). *See, e.g.,* Fed. R. Civ. P. 11(b) (statements must have

a factual basis).

Respectfully filed Jan. 2, 2023, under the prison-mailbox rule, *Houston v. Lack,* 487 U.S. 266

(1988), by mailing to the Court in the same envelope as the aforementioned Amended Pet,

by:
Martin Gottesfeld, *pro se*
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

- PAGE 1 OF 1 -