NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
CONTENTS—
- FORM BP-231(13) ("BP-11");
- ELL PRINT-OUT (2 PGS.);
- REJ. NTC. 1144715-R2;
- FORM BP-230(13) ("BP-10"); AND
- BP-10 CONT. PG. IN QUADRUPLICATE.

Thursday, December 29, 2022

⇔12982-104⇔
Office Of General Counsel
Bureau of Prisons
320 1ST ST NW
Washington, DC 20534
United States





USPS TRACKING #
9114 9022 0078 9988 6626 38

Priority Mail Flat Rate

FILED

JAN 9 2023

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808



USPS TRACKING #

9114 9022 0078 9988 6603 82





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States



Monday, January 2, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)
Contents—
•) Supers. Mot. to Amend (3 pgs.);
•) Amended Pet. (54 pgs.);
•) Exhs. 1-23 of Am. Pet. (23 pgs.);
•) Urgent Mot. to Pres. Evidence (2 pgs.);
•) Notice (1 pg.); and
•) Exh. 1 to Notice (6 pgs).
Total—89 pgs. for entry in *Gottesfeld v. Rule*, 2:22-cv-571-JRS-MJD.

Priority Mail Flat Rate

0103-M0-3