UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, Petitioner,
*pro se*,

v.

T. RULE, Warden of The
Federal Correctional Institution,
Terre Haute, Indiana,
Respondent.

No. 2:22-cv-571-JRS-MJD.

FILED
01/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## URGENT MOTION FOR ORDER TO PRESERVE EVIDENCE

MARTIN GOTTESFELD, Petitioner, *pro se*, moves the Court on an urgent basis for an order to preserve relevant evidence, as he timely notified Respondent: 1) Exh. 26 to Suppl. Pet., dkt. 5-1; 2) Exh. 11 to Amended Pet., dkt. no. unknown and 3) Exh. 12 to Amended Pet., dkt. no. unknown.

Petitioner has reason to believe that absent another Order from this Court Respondent may spoliate the above-requested evidence. *See* Amended Pet. at 34, ¶ 219 ("Wheeler further took obvious exception to Petitioner's requests to preserve evidence for litigation. She purported to dictate that she and the BOP at their sole discretion would determine which evidence to preserve, and, expressly, neither Petitioner nor this Court would tell her otherwise"). *See, again,* Exh. 11 to Amended Pet. (requesting preservation of the above conversation with Wheeler, including its audio).

Petitioner is mindful of the Court's time and that this would be a second order to preserve evidence where no such order should have been necessary at all. *See* Order at § I, *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.), dkt. 9 at 1 (noting that the duty to preserve evidence arises whenever a party knows or should know that litigation is imminent and that no other order is necessary) (citations omitted). He knows of no other way to ensure the availability of the requested evidence.

Respectfully filed Mon., Jan. 2, 2023, under the prison-mailbox rule, *Houston v. Lack,* 487 U.S. 266 (1988), by mailing to the Court at the next opportunity in an envelope bearing sufficient affixed U.S. Priority Mail pre-paid postage and tracking no. 9114 9022 0078 9988 6603 82, handed to the FCI Terre Haute communications-management unit team in its official capacity as an agent of

Respondent and of his counsel,

by: /s/ Martin Gottesfeld
Martin Gottesfeld, pro se
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Martin Gottesfeld, pro se, certify that on Jan. 2, 2023, or my first opportunity thereafter, I caused a digital copy of the foregoing document to be served upon Respondent in the above-captioned case by mailing this copy to the Court; see, e.g., 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents),

by: /s/ Martin Gottesfeld
Martin Gottesfeld