UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00571-JRS-MJD |
| | ) | |
| T. RULE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON PENDING MOTIONS**

Petitioner Martin Gottsfeld has filed multiple motions seeking to amend his original petition filed pursuant to 28 U.SC. § 2241. *See* dkts. 5, 7, 10. His most recent motion, dkt. [10], is **granted** to the extent that the **clerk is directed** to docket the attachment at Docket No. 10-1 as Mr. Gottsfeld's amended petition in this matter. Consistent with this ruling, Mr. Gottsfeld's prior motions to amend, dkts. [5], [7], are **denied as moot**.

Mr. Gottsfeld has also moved the Court to order the Respondent to preserve certain evidence relevant to the litigation. Dkt 9. This motion, dkt. [9], is **granted** to the extent that the duty to preserve evidence arises whenever a party knows, or should know, that litigation is imminent. *Trask-Morton v. Motel 6 Operating L.P.*, 534 F.3d 672, 681 (7th Cir. 2008). Mr. Gottsfeld has included with his amended petition a copy of his timely request to prison officials that they preserve audio and video evidence in anticipation of litigation. *See* Dkt. 10-1 at 74 (Exhibit 11). No other order is necessary.

IT IS SO ORDERED.

Date: 1/12/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808