UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, Petitioner,
         pro se,
            v.
T. RULE, Warden of The
Federal Correctional Institution,
   Terre Haute, Indiana,
         Respondent.

No. 2:22-cv-571-JRS-MJD.

## SUPPLEMENTAL PETITION FOR A WRIT OF HABEAS CORPUS (§ 2241)

371. Respondent's records will show that on Friday, December 30, 2022, Petitioner was about 10 minutes into Petitioner's scheduled call with CIA-whistleblower Mr. John Kiriakou, who exposed the Bush-era torture program, when Respondent cut Petitoner's call. See CORRLINKS thread *2022-12-30|The[y] cut the call*, Exh. 14.

372. Petitioner and Mr. Kiriakou were discussing, when Respondent cut the call, a set of trial transcripts indicative that Respondent uses his communications-management unit (CMU) not to protect the public but to prevent the public from learning of felonious government misconduct during and after the Justice Department's botched *Operation Fast and Furious*. *Id.* ("I was talking with John at the 10-minute mark of our call about Operation Fast and Furious and they cut the call"). See also Arthur Bloom, *The Knoxville Kingpin Who Wasn't: A black NRA member sitting in a prison for terrorists may be the missing link in Fast and Furious*, The American Conservative (Nov. 24, 2020), available at *Gottesfeld v. Lammer*, 2:20-cv-12-JRS-MJD (S.D. Ind.) (hereinafter *Lammer*), dkt. 100-41; Bloom, *More Odd Details In The Donald Reynolds, Jr. Case: Further apparent obstruction of his communications, plus a newly obtained lawsuit by Reynolds against a confidential witness* (Mar. 17, 2021), available at *Lammer*, dkt. 100-42; Declaration of Martin Gottesfeld re *Exhaustion, Retaliation & Justiciability* (hereinafter "ERJ Decl.") at ¶¶ 104–08, 194–96, 226–27, *Lammer*, dkt. 100 (Respondent *et al.* falsified a disciplinary charge against Mr. Donald Reynolds, then removed the staff memorandum of Mr. S. Harvey documenting said falsification from Reynolds's remedy mailing).