**FILED**

JAN 2 6 2023

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808



**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

9114 9022 0078 9988 6616 00

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Sunday, Janaury 22, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)
CONTENTS–•) MOTION FOR LEAVE TO SUPPLEMENT OR AMEND (2 PGS.); •) SUPPLEMENTAL PETI-
TION FOR A WRIT OF HABEAS CORPUS (§ 2241) (11 PGS.); AND •) EXHS. 14–23 (25 PGS.)
TOTAL–38 PGS. FOR ENTRY IN
2:2-CV-571-JRS-MJD.