MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808





⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States



Tuesday, January 17, 2023; *Houston v. Lack*, 487 U.S. 266 (1988) CONTENTS—•) NOTICE (3 PGS. + 18 PGS. EXHS. 1—8); AND •) NOTICE RE-FILING (1 PG. + 7 PGS. EXH. 1). TOTAL—29 PGS. FOR ENTRY IN 2:22-CV-571-JRS-SJD.

FILED

JAN 25 2023

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

0118-MO-1