UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00571-JRS-MJD |
| | ) | |
| T. RULE Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2. The respondent shall have **until March 14, 2023,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty-eight days after service of the answer** in which to reply.

3. Any motions for an extension of time filed by the respondent must include the petitioner's anticipated release date.

**IT IS SO ORDERED.**

Date: 1/31/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808