Case 2:22-cv-00571-JRS-MJD   Document 16   Filed 02/13/23   Page 1 of 1 PageID #: 460

FILED
02/13/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

U.S. District Court  
Office of the Clerk  
921 Ohio St., Room #104  
Terre Haute, IN 47807  
By First Class Mail, postage paid

Mr. Martin Gottesfeld  
Reg. no. 12982-104  
Federal Correctional Institution  
P.O. Box 33  
Terre Haute, IN 47808

Monday, February, 6, 2023

Re **Please correct** *Gottesfeld v. Rule*, 2:22-cv-571-JRS-MJD, dkts. 13, 13-1

To Whom It May Concern:

I hope this letter finds you well.

I recently received a PACER print-out of the above-captioned entries in the above-captioned case and a docket report, both printed at 12:40 P.M. Eastern Time, January 27, 2023.

I am the petitioner in the above-captioned case. The filings were mine, mailed to the Court bearing USPS track. no. 9114 9022 0078 9988 6616 00.

My print-outs reflect that dkt. 13 is 37 pages and dkt. 13-1 is a single page. My copy of the docket report labels dkt. 13 as "MOTION to Amend/Correct" and dkt. 13-1 as "amended petition."

But somehow, most of what should be dkt. 13-1 ended up as pages 3–37 of dkt. 13. To correct this situation I request the Clerk

1) move pages 3–37 of dkt. 13 to become pages 2–36 of dkt. 13-1, such that the current first page of dkt. 13-1 remain its first page;

2) update the docket-entry text in the docket report for dkt. 13 from "MOTION to Amend/Correct, filed by Petitioner MARTIN GOTTESFELD" to "MOTION to Supplement/Amend, filed by Petitioner MARTIN GOTTESFELD";

3) update the docket-entry text in the docket report for dkt. 13-1 from "amended petition" to "supplemental petition"; and

4) mail me confirmation at my above address once the docket has been corrected.

The Bureau of Prisons (BOP) kept a digital copy of the relevant court mailing. It reflects that I tendered the mailing to prison authorities in proper order and evinces no basis to suspect that the BOP mishandled the mailing by changing the order the pages before sealing and mailing the envelope.

I see no need to bother His Honor with this matter, but should His Honor's approval be in any way necessary for what I've requested, then please docket this request as a letter motion.

Truly Yours,

by: Martin Gottesfeld, Petitioner, *pro se*.

- PAGE 1 OF 1 -