NAME: MARTIN GOTTESFELD
NUMBER: 12982-104

Federal ~~Prison Camp~~ Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Monday, February 6, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

CONTENTS—

- LETTER TO CORRECT DKTS. 13, 13-1, NO. 2:22-CV-571 (1 PG.).

TOTAL—1 PAGE.

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

FILED
FEB 13 2023
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829