NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal Prison Camp
P.O. Box 33
Terre Haute, IN 47808

CONTENTS--·MOTION TO NOTE
OBJECTIONS (5 PGS).

TOTAL—5 PGS. FOR ENTRY IN
2:22-CV-571.



INDIANAPOLIS IN 460

15 FEB 2023  PM 4  L

Sunday, February 12, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**

FEB 17 2023

U.S. CLERK'S OFFICE



47807-373829