UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

03/07/2023

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

MARTIN GOTTESFELD, Petitioner,
*pro se*,

v.

T. RULE, Warden of The
Federal Correctional Institution,
Terre Haute, Indiana,
Respondent.

No. 2:22-cv-571-JRS-MJD.

## NOTICE

MARTIN GOTTESFELD, Petitioner, *pro se*, notifies the Court and Respondent of Petitioner's intent to file a subsequent Notice upon Petitioner's receipt of Respondent's Return or Answer to the Court's Order to Show Cause. Until that subsequent Notice is entered, no assumption should be made that Petitioner received a copy of the Return or Answer while able to communicate with the Court.

Respectfully filed Tuesday, February 28, 2023, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute D-unit team in her official capacity as an agent of Respondent and of his counsel, at the next opportunity,

by: /s/
Martin Gottesfeld, *pro se*.
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served upon Respondent in the above-captioned case and upon his counsel by mailing this copy to the Court; *see* 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents),

by: /s/
Martin Gottesfeld.