NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal Prison Camp
P.O. Box 33
Terre Haute, IN 47808

CONTENTS—
- NOTICE (1 PG.).

TOTAL—1 PG. FOR ENTRY IN NO. 2:22-CV-571.



INDIANAPOLIS IN 460

3 MAR 2023   PM 4

Tuesday, February 28, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**

MAR 6 2023

**U.S. CLERK'S OFFICE**

47807-373829