Exh. 1

| BP-A0148 | INMATE REQUEST TO STAFF CDFRM | |
| --- | --- | --- |
| JUNE 10 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Wheeler, interim-IRO Ms. Jamie; S.I.S. | DATE: 1054 hrs. 24 FEB. 2023 (FRI.) |
| --- | --- |
| FROM: GOTTESFELD, MARTIN S. | REGISTER NO.: 12982-104 |
| WORK ASSIGNMENT: N/A | UNIT: D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Pursuant to the Court's Order to preserve evidence in *Gottesfeld v. Rule*, 2:22-cv-571-JRS-MJD (S.D. Ind.), I request the preservation against spoliation or other loss of the audio and video surveillance footage of my two interactions ca. 1000 and 1010 hrs. today, 24 FEB. 2023 with D-unit Case Manager Mr. Klink regarding the Inmate Financial Responsibility Program (IFRP), to include the audio of my telling Klink, to the effect, that the only reason I had a large deposit made into my trust account was to cover the $1,200 payment I expected to make 01 MAR. 2023, and asking for that money to be excluded from my FRP calculus, and Mr. Klink's admission against interest that the sudden change in my IFRP contract was made exactly "for that reason," i.e. to wrongly include the $1,200 I had already been induced to seek to have deposited in the updated IFRP payment schedule. I expect to admit this evidence as relevant to the retaliatory nature of FCI-THA's exorbitant IFRP demands in the attempt to disqualify me from the RDAP. Please also include Mr. Klink's assurance that the new IFRP contract was beyond the warden's authority and must be contested to the regional office.

by: [signature] 24 Feb. 2023, (Do not write below this line) Footage was in the D-unit chow hall.

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94