Exh. 2

PAGE NO: 001

INMATE FINANCIAL PLAN

```
REGISTER NUMBER: 12982-104
INMATE NAME....: GOTTESFELD, MARTIN
FACILITY.......: TERRE HAUTE FCI
```

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

PAYMENT METHOD...: AMT/PCT: $750    FREQ: Mo    ORIGIN: IF
START CYCLE......: 03-2023
INMATE DECISION..: Agreed
OBLIGATION NUMBER: 2

INMATE SIGNATURE.......: X ___ under duress    DT SIGNED: 2023-02-24 1010hrs W/

STAFF WITNESS SIGNATURE: _____    DT SIGNED: 2-24-23

- PAGE 7 OF 8 -