Exh. 3

| NAME | NUMBER | UNIT |
|---|---|---|
| GOTTESFELD, MARTIN S. | 12982-104 | D |

<u>Notice to Inmate</u>: Be advised, ordinarily, prior to filing a Request for Administrative Remedy, BP-229 (13), you should attempt to informally resolve your complaint through your Correctional Counselor. Please refer to P.S. 1330.18, <u>Administrative Remedy Program</u> and the FCC Terre Haute Institutional Supplement thereto (both available via Law Library).

1. Briefly state inmate's complaint (One complaint/issue per Form): Upon my return to FCI-THA I signed under duress a new IFRP contract and expected to make a $1,300 payment on 01 MAR. 2023. After exactly $1,300 was deposited into my trust account on 20 FEB. 2023 under transaction no. 70177803, the BOP on 24 FEB. 2023 *sua sponte* and before the contract term had expired, recalculated my IFRP contract, using the $1,300 deposit it had already induced me to have made to increase my payment schedule from quarterly to $730 per month. Meanwhile TRULINCS continues to reflect my "Funds considered for FRP payments" as "0.00." Under policy my IFRP schedule is solely at the unit manager's discretion. *See* Prog. Stat. Financial Responsibility Program, Inmate. And funds used to make IFRP payments are expressly excluded from the funds used to calculate payment schedules. *Id.*

2. Requested Resolution: Please exclude the $1,300.00 deposit, 20 FEB. 2023, transaction no. 70177803 from my IFRP calculation because that deposit was made with the express intent of paying a previously demanded IFRP payment by 01 MAR. 2023.
I am executing this "BP-8" 24 FEB. 2023 (FRI.) and shall turn it in at my next opportunity.

| Inmate Signature: | X by: [signature] | 24 FEB. 2023 (FRI.). |
|---|---|---|
| Staff Printed Name/Signature | | Date: |
| Dept. Assigned for Response: | | Due Date: |

3. Staff Response:

Section 4: ☐ Informally Resolved/Complaint Withdrawn ☐ No Informal Resolution/Progress to BP-229

Inmate's signature          Date          Staff Printed Name/Signature

THX-1330.18D                  - PAGE 8 OF 8 -                        Page 5