**NAME:** MARTIN GOTTESFELD
**NUMBER:** 12982-104
Federal Prison Camp
P.O. Box 33
Terre Haute, IN 47808

CONTENTS—
- SUPPL. OR REN'WED MOT. TO NOTE OBJECTIONS (5 PGS. + 3 PGS. EXHS. 1–3).

TOTAL—8 PGS. FOR ENTRY IN NO. 2:22-CV-571.

  

Wednesday, March 1, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**
MAR 8 2023
U.S. CLERK'S OFFICE