FILED
03/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, Petitioner,
*pro se*,

v.

T. RULE, Warden of The
Federal Correctional Institution,
Terre Haute, Indiana,
Respondent.

No. 2:22-cv-571-JRS-MJD.

## MOTION TO NOTE OBJECTION

MARTIN GOTTESFELD, Petitioner, *pro se*, hereby moves the Court to note his objection to any transfer of the instant case should Respondent transfer Petitioner from the district: "Once obtained[...] jurisdiction is unaffected by a respondent's later transfer of a petitioner outside the Court's district." Amended Petition at 2, n. 1, dkt. 10-1 (citing *In re Hall*, 988 F.3d 376, 378 (7th Cir. 2021) (distinguishing *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) from *Ex Parte Endo*, 323 U.S. 283 (1944) and rescinding case transfer)). "Petitioner objects to any transfer of the case at bar based upon Respondent's later transfer of Petitioner." *Id.*

Respectfully submitted Friday, March 3, 2023, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute D-unit team in her official capacity as an agent of Respondent and of his counsel at the next opportunity,

by: /s/ Martin Gottesfeld
Martin Gottesfeld, *pro se*.
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that on Friday, March 3, 2023, or my first opportunity thereafter I caused a digital copy of the foregoing document to be served upon Respondent in the above-captioned case and upon his counsel by mailing this copy to the Court; *see* 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents),

by: /s/ Martin Gottesfeld.