NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
CONTENTS—
- MOTION TO NOTE OBJECTION (2 PGS.).

TOTAL—2 PGS. FOR ENTRY IN NO. 2:22-CV-571.

Friday, March 3, 2023; Houston v. Lack, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

INDIANAPOLIS IN 460
7 MAR 2023 PM 3 L

**FILED**

MAR 9 2023

**U.S. CLERK'S OFFICE**



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373829

0303M02