UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00571-JRS-MJD |
| ) | |
| T. RULE, ) | |
| ) | |
| Respondent. ) | |

**APPEARANCE**

Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Jeffrey Preston, Assistant United States Attorney for the Southern District of Indiana, enters his appearance as counsel for the Respondent T. Rule.

Respectfully submitted,

ZACHARY A. MYERS
UNITED STATES ATTORNEY


   */s/ Jeffrey D. Preston*
Jeffrey D. Preston
Assistant United States Attorney

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2023, the foregoing was filed electronically through ECF/CM. On this same date, I have served as copy of the foregoing upon the following by mailing a copy thereof by first-class U.S. Mail, postage prepaid:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

                                            */s/ Jeffrey D. Preston*
                                            Jeffrey D. Preston
                                            Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333

2