UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, | ) |
|     Petitioner, | ) ) ) |
| v. | ) )   Case No. 2:22-cv-00571-JRS-MJD |
| T. RULE, | ) ) ) |
|     Respondent. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Respondent, by counsel, respectfully moves this Court for an enlargement of time to file his response to petitioner Martin Gottesfeld's writ of habeas corpus, and in support thereof states:

1. Mr. Gottesfeld filed a petition for habeas corpus relief on or about December 9, 2022, and an amended petition on January 12, 2023. Dkts. No. 1 & No. 12. His anticipated release date is November 15, 2023.

2. This Court issued its Order to Show Cause on January 31, 2023, requiring the Respondent to file his answer to the allegations by March 14, 2023.   Dkt. No. 15. There have been no prior enlargements of time.

3. Mr. Gottesfeld's amended petition spans 54 pages and raises myriad challenges to actions by the Bureau of Prisons, including but not limited to awarding time credits under the First Step Act of 2018 toward early release, a reduction in his supervised release term, and challenging disciplinary sanctions imposed by Disciplinary Hearing Officers.

4. Counsel for the Respondent has not received all the information necessary from the Bureau of Prisons to fully respond to Mr. Gottesfeld's petition and is requesting a 45-day

extension to review the materials once received and draft the return for filing with the Court.

5.      Additionally, the BOP has experienced a recent increase in requests for information and documentation to respond to post-conviction motions under the First Step Act, which, even with the exercise of due diligence, has understandably increased the time necessary to gather all necessary materials.

6.      The Respondent is not seeking this enlargement for purposes of delay or for any improper purpose.

WHEREFORE, the Respondent respectfully requests that the time required for his answer or to otherwise respond to the allegations of the habeas petition and the Order to Show Cause be enlarged by 45 days, to and including April 28, 2023.

Respectfully submitted,

ZACHARY A. MYERS
UNITED STATES ATTORNEY

*/s/ Jeffrey D. Preston*
Jeffrey D. Preston
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, the foregoing was filed electronically through ECF/CM.  On March 15, 2023, I will serve as copy of the foregoing upon the following by mailing a copy thereof by first-class U.S. Mail, postage prepaid:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

                                                      */s/ Jeffrey D. Preston*
                                                      Jeffrey D. Preston
                                                      Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333