UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00571-JRS-MJD |
| ) | |
| T. RULE, ) | |
| ) | |
| Respondent. ) | |

**<u>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME</u>**

This matter having come before the Court on a Motion for Enlargement of Time filed by the Respondent, and the Court, having examined said Motion and being duly advised in the premises, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Respondent shall have through April 28, 2023, in which to answer the allegations of the habeas petition, and in doing so shall show cause why the relief sought by the petitioner should not be granted. The petitioner shall have twenty-eight (28) days after service of the answer in which to reply.

Distribution:

All ECF-registered counsel of record

    MARTIN GOTTESFELD
    12982-104
    TERRE HAUTE - FCI
    Inmate Mail/Parcels
    P.O. BOX 33
    TERRE HAUTE, IN 47808