Priority Mail—Flat Rate

MARTIN GOTTESFELD
REG. NO. 12982-104
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808





U.S. CLERK'S OFFICE
MAR 30 2023
FILED



⇔ 12982-104 ⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

Thursday, March 23, 2023; Houston v. Lack, 487 U.S. 266 (1988)
CONTENTS— OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME (3 PGS.); GOTTESFELD DECL. W.
ATTACHMS. 1-16 (55 PGS.). TOTAL—58 PGS. FOR ENTRY IN 2:22-CV-571-JRS-MJD.



Priority Mail—Flat Rate