UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, | ) |
|             Petitioner, | ) |
| v. | ) No. 2:22-cv-00571-JRS-MJD |
| T. RULE, | ) |
|             Respondent. | ) |

**Order Granting Motion for Extension of Time and Denying Objections**

The respondent's motion for an extension of time, dkt. [23], is **granted**. The respondent shall have **through April 28, 2023**, to respond to the habeas petition. The petitioner's objections to this extension, dkt. [17], and dkt. [19], are **denied**.

**IT IS SO ORDERED.**

Date: 3/30/2023

                                              JAMES R. SWEENEY II, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov