UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, | ) |
| Petitioner, | ) ) ) |
| v. | )  No. 2:22-cv-00571-JRS-MJD ) |
| T. RULE, | ) ) |
| Respondent. | ) |

### Order

Petitioner Martin Gottesfeld has filed several motions to note objections.

The motion to note objection, dkt. [20], in which the petitioner objects to the transfer of this case to a different district in the event he is transferred to a different prison facility, is **granted**. This case will not be transferred if the petitioner is transferred.

The motion to note objection, dkt. [21], in which the petitioner raises an objection to any argument the respondent may make that the petition is moot based on the petitioner's release is **denied without prejudice**. The petitioner should raise any arguments in support of his habeas petition in his reply.

**IT IS SO ORDERED.**

Date: 3/30/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov