UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTTESFELD,                )
                                   )
                Petitioner,        )
                                   )
        v.                         )        Cause No. 2:22-cv-00571-JRS-MJD
                                   )
T. RULE Warden,                    )
                                   )
                Respondent.        )

## DECLARATION OF FRED ROSHTO

I, Fred Roshto, hereby declare and state the following:

1.  I am the Case Management Coordinator ("CMC") at the Federal Correctional Complex in Terre Haute, Indiana ("FCC Terre Haute"), a position I have held since October 25, 2020. I began employment with the Federal Bureau of Prisons ("BOP") on March 1, 2009.

2.  Pursuant to my official duties, I have access to records maintained by the BOP in the ordinary course of business, including records showing where inmates in the BOP are housed and records containing information relevant to the evaluation of inmates for First Step Act ("FSA") eligibility. All records attached to this declaration are true and correct copies of records kept in the regular course of business of the BOP. I am one of the custodians of those records. The following statements are based on my review of those records, my own personal knowledge, and other information I have acquired through the performance of my official duties.

3.  As part of my official duties, I am familiar with the Risk and Needs Assessment System called PATTERN, which was created under the FSA. I have attended training on how to

1

score inmates on the PATTERN[1] risk and needs components as well as on how to assign inmates to evidence-based recidivism reduction ("EBRR") programming or productive activities ("PA"). In my capacity as CMC, I have access to BOP records. Attached to this declaration are true and accurate copies of records which are kept in the regular course of the business of the BOP.

4.      I make this declaration in response to a Petition filed by inmate Martin Gottesfeld (Reg. No. 12982-104), in which he claims he is entitled to application of Federal Earned Time Credits ("FTCs") under the FSA due to EBRR programming and PAs he has completed.

5.      Petitioner is currently serving a 121-month term sentence, to be followed by a 3-year term of supervision, out of the United States District Court for the District of Massachusetts for Fraud, Conspiracy, and Intentional Damage to a Protected Computer. Petitioner has a projected release date of November 15, 2023, via application of FTCs, and a full-term release date of March 19, 2026. Petitioner is currently designated to the Federal Correctional Institution located at FCC Terre Haute. *See* Attachment 1, *SENTRY Sentence Monitoring Computation Data.*

6.      Petitioner was determined to be eligible to earn FTCs under 18 U.S.C. § 3632(d). Petitioner is currently scored as a Low on the PATTERN Risk Tool. *See*   Attachment 2, *SENTRY Inmate First Step Act History.*

7.      Inmates are assigned to EBBR programs and PAs based on an individualized risk and needs assessment.28 C.F.R. § 523.40(b). An eligible inmate may earn FTCs "for programming and activities in which he or she participated from December 21, 2018, until January 14, 2020." 28 C.F.R. § 523.42(b). On or after January 15, 2020, an eligible inmate may earn FTCs "if he or she is successfully participating in EBRR programs or PAs that BOP has recommended based on the inmate's individualized risk and needs assessment." *Id.* Inmates rated at a low or minimum

---

[1] PATTERN is an acronym for Prisoner Assessment Tool Targeting Estimated Risk and Need.

risk of recidivism will earn 15 days of credits for every 30 days they successfully participate in programming, and individuals rated at a medium or high risk of recidivism will earn 10 days of credits for every 30 days that they successfully participate in programming. 28 C.F.R. § 523.42(c). On November 18, 2022, Inmate were notified that they there would be a grace period until December 31, 2022, for inmates to complete their needs assessment and address any declined programs. *See* Attachment 3, *Inmate Message, First Step Act Time Credits Calculation (Nov. 18, 2022)*.

8.      For eligible inmates, FTCs will be awarded retroactively to the date of the enactment of the FSA, December 21, 2018. FTCs will be applied toward prerelease custody or early transfer to supervised release. 18 U.S.C. § 3624(g); 28 C.F.R. § 523.44(a)(2); & 87 Fed. Reg. at 2714.

9.      To actualize the benefits of FTCs, an inmate must: 1) actually earn the credit through appropriate programming offered within the BOP, and 2) be eligible or to otherwise maintain eligibility to have the time credit actually applied. *See* 28 C.F.R § 523.42 (outlining the earning of FSA Time Credits); *see also* 28 C.F.R. § 523.44 (limiting application of FTCs to eligible inmates who have, in addition to satisfying other criteria, "a demonstrated recidivism risk reduction or maintained a minimum or low recidivism risk during the term of imprisonment.") Title 28 C.F.R § 523.41(c) clarifies that inmates must be "successfully participating in" in EBRR programs or PAs in order to earn FSA Time Credits for those EBRR programs or PAs. Furthermore, on July 14, 2021, while the BOP was in the "phase-in" period for implementing the incentive provisions of the FSA under 18 U.S.C. § 3621(h)(2)-(3), BOP Program Statement 5220.01 was published to "ensure the Bureau of Prisons properly implements provisions of the First Step Act of 2018 requiring the establishment of incentives for successful participation in

3

recommended programs. *See* Bureau of Prisons Program Statement 5220.01, *First Step Act Program Incentives*. This program statement was written in response to 18 U.S.C. § 3632, directing the Director of the Bureau of Prisons to develop additional policies regarding incentives, time credit applications, and penalties. Program Statement 5220.01 plainly states "Inmates who refuse to participate in in the Inmate Financial Responsibility Program (IFRP) shall not receive incentive awards for participation/completion in EBRR's while on refuse status." *Id.* at 6.

10.     The PATTERN tool assigns point values based on the following inmate characters: (1) current age; (2) sex offender status ("Walsh w/Conviction"); (3) whether the inmate has a violent offense; (4) criminal history points from the presentence investigation report; (5) history of escape; (6) history of violence; (7) whether the inmate has a high school diploma or GED or is working toward a GED; (8) whether drug programming is needed, and if so, what programming has been completed; (9) number of incident reports; (10) number of serious incident reports; (11) time since last incident report; (12) time since last serious incident report; (13) whether the inmate is refusing to participate in the Inmate Financial Responsibility Program; (14) number of programs completed; and (15) number of work programs. Each level of recidivism risk is assigned a range of total points depending on gender and whether the inmate was convicted of a violent offense. A PATTERN score is not designed to be static. Inmates will be periodically assessed.18 U.S.C. § 3632(a)(4). Currently, the BOP updates PATTERN scores every 180 days, or 90 days, depending on the inmate's projected release.

11.     The IFRP was created to encourage "each sentenced inmate to meet his or her legitimate financial obligation." 28 C.F.R. § 545.10. When an inmate has a financial obligation, BOP staff "shall help that inmate develop a financial plan and shall monitor the inmate's progress in meeting that obligation. 28 C.F.R. § 545.11. The IFRP directs that a financial plan be developed

4

so that the inmate's obligations are satisfied in the following priority: (1) Special Assessments; (2) court-ordered restitution; (3) fines and court costs; (4) state or local obligations; and (5) other federal government obligations. 28 C.F.R. § 545.11(a). "The inmate is responsible for making satisfactory progress in meeting his/her financial responsibility plan and for providing documentation of the payments to unit staff." 28 C.F.R. § 545.11(b). Participation in IFRP is voluntary; however, if an inmate refuses to participate there are enumerated consequences. *See* 28 C.F.R. § 545.11(d).

> "Refusal by an inmate to participate in the financial responsibility program or to comply with the provisions of his financial plan ordinarily shall result in the following: (1) Where applicable, the Parole Commission will be notified of the inmate's failure to participate; (2) The inmate will not receive any furlough (other than possibly an emergency or medical furlough); (3) The inmate will not receive performance pay above the maintenance pay level, or bonus pay, or vacation pay; (4) The inmate will not be assigned to any work detail outside the secure perimeter of the facility; (5) The inmate will not be placed in UNICOR. Any inmate assigned to UNICOR, who fails to make adequate progress on his/her financial plan will be removed from UNICOR, and once removed, may not be placed on a UNICOR wait list for six months. Any exceptions to this require approval of the Warden; (6) The inmate shall be subject to a monthly commissary spending limitation more stringent than the monthly commissary spending limitation set for all inmates. This more stringent commissary spending limitation for IFRP refuses shall be at least $25 per month, excluding the purchases of stamps, telephone credits, and, if the inmate is a common fare participant, Kosher/Halal certified shelf-stable entrees to the extent that such purchases are allowable under pertinent Bureau regulations; (7) The inmate will be quartered in the lowest housing status (dormitory, double bunking, etc.); (8) The inmate will not be placed in a community-based program; (9) The inmate will not receive a release gratuity unless approved by the Warden; (10) [Reserved]; (11) The inmate will not receive participation in residential drug treatment programs." 28 C.F.R. § 545.11(d)(1)-(11); *See also,* Program Statement 5380.08, *Inmate Financial Responsibility Program.*

5

12.     When an inmate has a financial obligation, unit staff help the inmate develop a plan and monitor the progress in meeting that obligation using all documentation available. In accordance with Program Statement 5380.08, payment under the IFRP is determined based upon deposits an inmate has in his trust fund account. Id. at 7. Payment is re-evaluated every six months based upon trust fund account deposits so that payment adjustments can be made if necessary. Id. Petitioner refused to participate in the IFRP program on March 9, 2021 and was thus placed in IFRP Refuse status. See Attachment 4, SENTRY Inmate Financial Responsibility History, Attachment 5, Inmate Financial Plan Refusal (April 9, 2021), & Attachment 6, SENTRY Inmate Financial Responsibility (Display Inmate Financial Plan).  Petitioner remained in IFRP Refuse status until January 31, 2022. *See* Attachment 4, *SENTRY Inmate Financial Responsibility History.*

13.     A review of Petitioner's most recent FSA Time Credit Assessment indicates that Petitioner has earned a total of 415 days of credit. Of those days, 365 have been applied toward Petitioner's early release and the remaining 50 have been applied toward placement in pre-release custody. *See* Attachment 7, *FSA Time Credit Assessment (Feb. 11, 2023).*

14.     Petitioner was determined unqualified for Residential Drug Treatment on March 17, 2023. *See* Attachment 8, *SENTRY Inmate Drug Programs History.* Pursuant to Program Statement 5330.11, *Psychology Drug Programs*, referral to the Residential Drug Abuse Program inmate's are reviewed when they generally have no less than 24 months from release. At this time, Petitioner is set to release to a Residential Reentry Center on May 23, 2023, and thus would be unable to fully participate in RDAP prior to his release. *See* Attachment 9, *SENTRY Inmate Destination History.*


Executed this   27   day of April 2023.

Fred Roshto, CMC
FCC Terre Haute, Indiana

ATTACHMENT 1

```
THAYG  540*23 *            SENTENCE MONITORING        *      03-01-2023
PAGE 001        *          COMPUTATION DATA           *      12:42:25
                           AS OF 03-01-2023


REGNO..: 12982-104 NAME: GOTTESFELD, MARTIN


FBI NO...........: 80581RC9           DATE OF BIRTH:
ARS1.............: THA/A-DES
UNIT.............: 2 CMU               QUARTERS.....: D04-041L
DETAINERS........: NO                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-15-2023

FINAL STATUTORY RELEASE FOR INMATE.: 11-14-2024 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-15-2023 VIA FSA REL


              RELEASE AUDIT COMPLETED ON 01-12-2023 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1: 16 CR 10305 -1- N
JUDGE..........................: GORTON
DATE SENTENCED/PROBATION IMPOSED: 01-10-2019
DATE COMMITTED.................: 04-01-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

             FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00       $00.00        $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $442,930.00

  REMARKS.......: 1:  16 CR 1035  - 1  - NMG







G0002       MORE PAGES TO FOLLOW . . .
```

```
THAYG  540*23 *              SENTENCE MONITORING        *    03-01-2023
PAGE 002        *              COMPUTATION DATA           *    12:42:25
                              AS OF 03-01-2023


REGNO..: 12982-104 NAME: GOTTESFELD, MARTIN


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 153      18:286,371 FRAUD, OTHER
OFF/CHG: 18:371 CONSPIRACY;18:1030(A)(5)(A),18:1030(C)(4)(B)
        INTENTIONAL DAMAGE TO A PROTECTED COMPUTER


 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  121 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 04-20-2014


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-22-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-28-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010


DATE COMPUTATION BEGAN..........: 01-10-2019
TOTAL TERM IN EFFECT............:  121 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      1 MONTHS
EARLIEST DATE OF OFFENSE........: 04-20-2014

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   02-17-2016    01-09-2019


TOTAL PRIOR CREDIT TIME.........: 1058
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 490
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 11-14-2024
ELDERLY OFFENDER TWO THIRDS DATE: 11-07-2022
EXPIRATION FULL TERM DATE.......: 03-19-2026
TIME SERVED.....................:    7 YEARS     13 DAYS
PERCENTAGE OF FULL TERM SERVED..: 69.7
PERCENT OF STATUTORY TERM SERVED: 80.4




G0002       MORE PAGES TO FOLLOW . . .
```

```
 THAYG  540*23 *            SENTENCE MONITORING           *      03-01-2023
PAGE 003 OF 003 *              COMPUTATION DATA            *      12:42:25
                            AS OF 03-01-2023


REGNO..: 12982-104 NAME: GOTTESFELD, MARTIN



PROJECTED SATISFACTION DATE.....: 11-15-2023
PROJECTED SATISFACTION METHOD...: FSA REL
      WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 5-6-19 UPD GCT DIS Q/JAH;6-13-19 GCT DIS UPDTD PURSUANT TO FSA
                Q/JAH;12-23-19 GCT DIS UPD Q/GNB;3-3-21 UPDT GCT DIS Q/JMD;
                12-23-19 GCT DIS UPD Q/GNB;3-3-21 UPDT GCT DIS Q/JMD:12-3-21
                UPDT GCT DIS #3549119 Q/JMD;11-22-2022 UPDT GCT DIS #3427792
                Q/LCW;
```

```
 G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT 2

```
THAYG  531.01 *                 INMATE HISTORY              *       03-01-2023
PAGE 001        *                  FIRST STEP               *       12:48:42


  REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
  CATEGORY: FSA          FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
THA    FTC ELIG   FTC-ELIGIBLE - REVIEWED       11-20-2019 1259 CURRENT
THA    N-ANGER Y  NEED - ANGER/HOSTILITY YES    08-23-2022 0957 CURRENT
THA    N-ANTISO Y NEED - ANTISOCIAL PEERS YES   08-23-2022 0957 CURRENT
THA    N-COGNTV Y NEED - COGNITIONS YES         08-23-2022 0957 CURRENT
THA    N-DYSLEX N NEED - DYSLEXIA NO            05-30-2021 2349 CURRENT
THA    N-EDUC N   NEED - EDUCATION NO           08-23-2022 0957 CURRENT
THA    N-FIN PV Y NEED - FINANCE/POVERTY YES    08-23-2022 0957 CURRENT
THA    N-FM/PAR Y NEED - FAMILY/PARENTING YES   08-23-2022 0957 CURRENT
THA    N-M HLTH N NEED - MENTAL HEALTH NO       08-23-2022 0957 CURRENT
THA    N-MEDICL N NEED - MEDICAL NO             08-23-2022 0957 CURRENT
THA    N-RLF N    NEED - REC/LEISURE/FITNESS NO 08-23-2022 0957 CURRENT
THA    N-SUB AB Y NEED - SUBSTANCE ABUSE YES    08-23-2022 0957 CURRENT
THA    N-TRAUMA Y NEED - TRAUMA YES             08-23-2022 0957 CURRENT
THA    N-WORK Y   NEED - WORK YES               08-23-2022 0957 CURRENT
THA    R-LW       LOW RISK RECIDIVISM LEVEL     08-23-2022 0957 CURRENT
MAR    R-LW       LOW RISK RECIDIVISM LEVEL     04-28-2021 1215 08-23-2022 0957
MAR    N-WORK Y   NEED - WORK YES               01-17-2022 1834 08-23-2022 0957
MAR    N-TRAUMA Y NEED - TRAUMA YES             01-17-2022 1834 08-23-2022 0957
MAR    N-SUB AB Y NEED - SUBSTANCE ABUSE YES    01-17-2022 1834 08-23-2022 0957
MAR    N-M HLTH N NEED - MENTAL HEALTH NO       01-17-2022 1834 08-23-2022 0957
MAR    N-MEDICL N NEED - MEDICAL NO             01-17-2022 1834 08-23-2022 0957
MAR    N-FIN PV Y NEED - FINANCE/POVERTY YES    01-17-2022 1834 08-23-2022 0957
MAR    N-FM/PAR Y NEED - FAMILY/PARENTING YES   01-17-2022 1834 08-23-2022 0957
MAR    N-EDUC N   NEED - EDUCATION NO           01-17-2022 1834 08-23-2022 0957
MAR    N-COGNTV Y NEED - COGNITIONS YES         01-17-2022 1834 08-23-2022 0957
MAR    N-ANTISO Y NEED - ANTISOCIAL PEERS YES   01-17-2022 1834 08-23-2022 0957
MAR    N-ANGER Y  NEED - ANGER/HOSTILITY YES    01-17-2022 1834 08-23-2022 0957
MAR    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 01-17-2022 1834 08-23-2022 0957
THA    N-WORK Y   NEED - WORK YES               05-30-2021 2349 01-17-2022 1834
THA    N-TRAUMA Y NEED - TRAUMA YES             05-30-2021 2349 01-17-2022 1834
THA    N-SUB AB Y NEED - SUBSTANCE ABUSE YES    05-30-2021 2349 01-17-2022 1834
THA    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 05-30-2021 2349 01-17-2022 1834
THA    N-M HLTH N NEED - MENTAL HEALTH NO       05-30-2021 2349 01-17-2022 1834
THA    N-MEDICL N NEED - MEDICAL NO             05-30-2021 2349 01-17-2022 1834
THA    N-FIN PV Y NEED - FINANCE/POVERTY YES    05-30-2021 2349 01-17-2022 1834
THA    N-FM/PAR Y NEED - FAMILY/PARENTING YES   05-30-2021 2349 01-17-2022 1834
THA    N-EDUC N   NEED - EDUCATION NO           05-30-2021 2349 01-17-2022 1834
THA    N-ANGER Y  NEED - ANGER/HOSTILITY YES    05-30-2021 2349 01-17-2022 1834
THA    N-COGNTV N NEED - COGNITIONS NO          05-30-2021 2349 01-17-2022 1834
THA    N-ANTISO N NEED - ANTISOCIAL PEERS NO    05-30-2021 2349 01-17-2022 1834
THA    N-WORK Y   NEED - WORK YES               09-14-2020 0851 05-30-2021 2349




G0002        MORE PAGES TO FOLLOW . . .
```

```
 THAYG  531.01 *              INMATE HISTORY          *       03-01-2023
PAGE 002 OF 002 *               FIRST STEP           *       12:48:42


  REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
  CATEGORY: FSA          FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
THA     N-TRAUMA Y NEED - TRAUMA YES                 12-04-2019 1432 05-30-2021 2349
THA     N-RLF Y    NEED - REC/LEISURE/FITNESS YES 09-22-2020 1130 05-30-2021 2349
THA     N-M HLTH N NEED - MENTAL HEALTH NO           07-25-2020 0000 05-30-2021 2349
THA     N-FIN PV Y NEED - FINANCE/POVERTY YES        09-24-2020 1030 05-30-2021 2349
THA     N-DYSLEX N NEED - DYSLEXIA NO                09-20-2020 1710 05-30-2021 2349
THA     N-COGNTV N NEED - COGNITIONS NO              12-04-2019 1432 05-30-2021 2349
THA     N-ANTISO N NEED - ANTISOCIAL PEERS NO        12-04-2019 1432 05-30-2021 2349
THA     N-ANGER Y  NEED - ANGER/HOSTILITY YES        12-02-2019 0856 05-30-2021 2349
THA     N-MEDICL Y NEED - MEDICAL YES                09-22-2020 1130 05-30-2021 2349
THA     R-LW       LOW RISK RECIDIVISM LEVEL         05-11-2020 1054 04-28-2021 1215
THA     R-LW       LOW RISK RECIDIVISM LEVEL         11-20-2019 1259 05-11-2020 1054
THA     UNREVW HIS UNREVIEWED OFFENSES               10-07-2019 0235 11-20-2019 1259
THA     UNASSG RSK UNASSIGNED RISK LEVEL             10-07-2019 0235 11-20-2019 1259


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT 3

### Inmate Message

## First Step Act Time Credits Calculation

- In January 2022, the federal regulations were published describing how First Step Act time credits (FTCs) are earned and applied. BOP used this guidance to calculate FTCs, and more recently an automated calculator was implemented.
- When this automation happened, some of you may have noticed your time credit balance decreased. The primary reasons for this change is because some inmates did not complete needs assessments and/or declined programs.
- To assist inmates in addressing these issues, Unit Team staff will receive rosters identifying the individuals who lost credit.
- **A grace period will be available until December 31, 2022, to allow you the opportunity to complete all needs assessments or address any declined programs.** During this period, the agency will work to assist all inmates in completing their needs assessments, and if completed by December 31, 2022, you will earn available FTCs.
- Needs assessments will be reissued during this time period to inmates with unassessed needs. In addition, any decline codes in place up to December 31, 2022, will not result in an inmate being placed in non-earning status. The BOP will work with inmates to develop a new plan if you have program decline codes and will only withhold if an inmate again declines to participate in a recommended program.
- **Beginning January 1, 2023, full automation will begin, and any incomplete needs assessments or any declined to participate codes will lead to you not earning FTCs in accordance with the federal regulations.**
- Failure to resolve these issues by the deadline will result in inmates being ineligible to earn or apply the time credits earned when the full auto-calculation resumes (and accounts for program declines and missing needs assessments).
- Three additional changes are being made to how credits are calculated:

    - First, you will soon be able to see all potential FTC you may earn over the course of your sentence. This number is only an estimate; it is not a guarantee and may change depending on your

successful participation in programming or non-participation.

- ▪ Second, you will be able to earn credit while in administrative detention. In doing so, it is expected that you will continue participating in available programming opportunities provided to you.
- ▪ Finally, you will be able to continue earning credit while in the community, so long as you continue to successfully comply with all the rules and procedures of pre-release custody.

# ATTACHMENT 4

```
 THAYG  531.01 *              INMATE HISTORY           *     03-01-2023
PAGE 001 OF 001 *                FIN RESP              *     12:54:00

 REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
 CATEGORY: FRP         FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
THA     PART       FINANC RESP-PARTICIPATES        01-31-2022 0904 CURRENT
MAR     REFUSE     FINANC RESP-REFUSES             03-09-2021 1011 01-31-2022 0904
THA     PART       FINANC RESP-PARTICIPATES        11-03-2019 1228 03-09-2021 1011
THA     EXEMPT TMP FINANC RESP-TEMPORARILY EXEMPT  04-15-2019 1433 11-03-2019 1228
THA     UNASSG     FINANC RESP-UNASSIGNED          02-17-2016 1828 04-15-2019 1433
NYM     UNASSG     FINANC RESP-UNASSIGNED          02-17-2016 1828 02-04-2017 0918










G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT 5

PAGE NO: 001

INMATE FINANCIAL PLAN

REGISTER NUMBER: 12982-104
INMATE NAME....: GOTTESFELD, MARTIN
FACILITY.......: TERRE HAUTE FCI


A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE
 UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION
CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO
TERMINATE.


PAYMENT METHOD...:  AMT/PCT: $450.00   FREQ: Mo   ORIGIN: JF

START CYCLE......:  April 2024

INMATE DECISION..:  Agreed     (Refused)

OBLIGATION NUMBER:  2 _ _ _ _ _ _ _ _ _ _ _ _


INMATE SIGNATURE.......: ✓                DT SIGNED: ✓

STAFF WITNESS SIGNATURE:                  DT SIGNED: 3-9-24


6 Mo = $3370.00

INMATE FINANCIAL PLAN

REGISTER NUMBER: 12982-104
INMATE NAME....: GOTTESFELD, MARTIN
FACILITY.......: TERRE HAUTE FCI

- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - - -
OBLG    OBLIGATION TYPE                      BALANCE     PAYABLE     COJ
   2 RESTITUTION FEDERAL VICTIM USDC         424609.00   IMMEDIATE   FMA

ATTACHMENT 6

```
 THAYG           *      INMATE FINANCIAL RESPONSIBILITY    *      03-01-2023
PAGE 001 OF 001 *       DISPLAY INMATE FINANCIAL PLAN      *       13:28:39


REGNO.............: 12982-104    LNAME: GOTTESFELD          FUNC: DIS
PLAN NO...........: 1    PLAN STATUS: STOPPED    FACILITY RSP FOR PLAN:  THA
REASON PLAN STOPPED:  REFUSED


REMARKS:  (                                                               )
          (                                                               )



DT ADDED....................: 11-03-2019    TIME: 12:27:29
DT SIGNATURE/REFUSAL ENTERED.: 11-03-2019    TIME: 12:28:00    USERID: BOP12490
WDRWL AUTH RQD Y/N:  N  DT RCV: 11-03-2019    TIME: 12:28:00    USERID: PIUS
DT STOPPED...................: 03-10-2021    TIME: 10:11:38    USERID: BOP12000
DT LAST UPDATED..............: 03-10-2021    TIME: 10:11:38    USERID: BOP12000




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# ATTACHMENT 7

## FSA Time Credit Assessment
Register Number:12982-104, Last Name:GOTTESFELD

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 12982-104 | Responsible Facility: THA |
| Inmate Name | Assessment Date.....: 02-11-2023 |
|   Last.............: GOTTESFELD | Period Start/Stop...: 04-01-2019 to 02-11-2023 |
|   First............: MARTIN | Accrued Pgm Days....: 1083 |
|   Middle...........: | Disallowed Pgm Days.: 329 |
|   Suffix...........: | FTC Towards RRC/HC..: 50 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 01-10-2019 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-01-2019 | 03-09-2021 | accrue | 708 |

  Accrued Pgm Days...: 708
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 230

-------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-09-2021 | 02-01-2022 | disallow | 329 |

  **In FRP refuse status**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| MAR | FRP | REFUSE | 03-09-2021 | 1011 | 01-31-2022 | 0904 |

-------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-01-2022 | 03-16-2022 | accrue | 43 |

  Accrued Pgm Days...: 43
  Carry Over Pgm Days: 18
  Time Credit Factor.: 10
  Time Credits.......: 20

-------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-16-2022 | 02-11-2023 | accrue | 332 |

  Accrued Pgm Days...: 332
  Carry Over Pgm Days: 1
  Time Credit Factor.: 15
  Time Credits.......: 165

-------------------------------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 04-01-2019 | 09-28-2019 | PRESUMPTIVE | FSA R-LW | 04-28-2021 | 1215 | 10 |
| 002 | 09-28-2019 | 03-26-2020 | PRESUMPTIVE | FSA R-LW | 04-28-2021 | 1215 | 10 |
| 003 | 03-26-2020 | 09-22-2020 | PRESUMPTIVE | FSA R-LW | 04-28-2021 | 1215 | 10 |
| 004 | 09-22-2020 | 03-21-2021 | PRESUMPTIVE | FSA R-LW | 04-28-2021 | 1215 | 10 |

**FSA Time Credit Assessment**

Register Number:12982-104, Last Name:GOTTESFELD

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

```
005 03-21-2021 09-17-2021 ACTUAL      FSA R-LW      04-28-2021 1215  10
006 09-17-2021 03-16-2022 ACTUAL      FSA R-LW      04-28-2021 1215  10
007 03-16-2022 09-12-2022 ACTUAL      FSA R-LW      04-28-2021 1215  15
008 09-12-2022 12-11-2022 ACTUAL      FSA R-LW      08-23-2022 1057  15
009 12-11-2022 03-11-2023 ACTUAL      FSA R-LW      08-23-2022 1057  15
```

# ATTACHMENT 8

```
 THAYG  531.01 *                INMATE HISTORY          *      04-27-2023
PAGE 001 OF 001 *                 DRUG PGMS             *      10:37:48


  REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
  CATEGORY: DRG          FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
THA     DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 03-17-2023 1451 CURRENT
THA     ED COMP    DRUG EDUCATION COMPLETE    07-08-2021 1432 CURRENT
THA     INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 03-17-2023 1530 CURRENT
THA     NR WAIT    NRES DRUG TMT WAITING      03-24-2022 1543 04-26-2023 0835
THA     ELIGIBLE   18 USC 3621 RELEASE ELIGIBLE 04-22-2022 1200 03-17-2023 1530
THA     DAP QUAL   RESIDENT DRUG TRMT QUALIFIED 04-20-2022 1438 03-17-2023 1451
MAR     DAP DIAG   DRUG ABUSE DIAGNOSIS PENDING 03-09-2022 1206 04-20-2022 1438
MAR     DAP SCREEN DRUG ABUSE PROGRAM SCREENING 06-15-2021 0847 03-09-2022 1206
THA     ED PART R  DRUG EDUCATION PARTICIPNT-REQD 03-29-2021 1105 07-08-2021 1432
THA     DAP REFER  DRUG ABUSE PROGRAM REFER   06-01-2021 1359 06-15-2021 0847
THA     ED WAIT HX DRUG EDUCATION WAIT-RQ HIST 06-22-2020 1413 03-29-2021 1105
THA     ED INCOM R DRUG EDUCATION INCOMPLETE-REQ 01-29-2020 1311 06-22-2020 1413
THA     ED PART R  DRUG EDUCATION PARTICIPNT-REQD 10-30-2019 0949 01-29-2020 1311
THA     ED WAIT RJ DRUG EDUCATION WAIT-RQ JUDREC 07-31-2019 1542 10-30-2019 0949
THA     ED PART R  DRUG EDUCATION PARTICIPNT-REQD 07-23-2019 1416 07-31-2019 1542
THA     ED WAIT HX DRUG EDUCATION WAIT-RQ HIST 04-15-2019 1554 07-23-2019 1416




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT 9

```
 THAYG  531.01 *              INMATE HISTORY           *      04-27-2023
PAGE 001 OF 001 *              DESTNATION             *      10:53:38


  REG NO..: 12982-104 NAME....: GOTTESFELD, MARTIN
  CATEGORY: DST           FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
THA     CNK 1BN HC COOLIDGE HSE (HC) BOSTON      05-23-2023 0913 CURRENT
3-M     THA CMU    TERRE HAUTE FCI-CMU           11-01-2022 1200 11-10-2022 0955
5-A     MAR CMU    MARION USP-CMU                01-12-2022 1111 01-21-2022 1400
A02     THA CMU    TERRE HAUTE FCI-CMU           02-12-2019 1146 04-01-2019 1340




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```