UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARTIN GOTTESFELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:22-cv-00571-JRS-MJD |
| ) | |
| T. RULE, ) | |
| ) | |
| Respondent. ) | |

**ENTRY ADDRESSING PENDING MOTIONS**

Petitioner Martin Gottesfeld's motion for leave to supplement his petition, dkt. [13], is **GRANTED** to the extent that Court will consider his attachment at Docket No. 13-1 along with his amended petition at Docket No. 12. His motion to correct Docket Nos. 13 and 13-1, dkt. [16], is **GRANTED** to the extent that the clerk already corrected the page order and title of these filings on February 1, 2023. *See* dkt. 13 (noting that the filing was "[m]odified on 2/1/2023 to correct page order and title). The **clerk is directed** to send Mr. Gottesfeld a copy of the public docket sheet along with his copy of this Entry.

Mr. Gottesfeld's motion for a "hearing on the merits," dkt. [24], is **DENIED** as the Court does not find a hearing necessary to address the merits of Mr. Gottesfeld's petition. To the extent that his motion also objects to allowing the Respondent additional time to respond to the Court's show-cause order, any such objection is now moot because the Respondent has already filed its response. *See* dkt. 27. The Respondent shall have **through May 12, 2023,** to notify the Court whether its brief at Docket No. 27 is responsive to Mr. Gottesfeld's supplemental arguments at Docket No. 13-1 or whether additional briefing is necessary.

**IT IS SO ORDERED.**

Date: 5/4/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MARTIN GOTTESFELD
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov