# *** PUBLIC DOCKET ***

HABEAS

## U.S. District Court
## Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:22-cv-00571-JRS-MJD

GOTTESFELD v. RULE
Assigned to: Judge James R. Sweeney II
Referred to: Magistrate Judge Mark J. Dinsmore
Cause: 28:2241fd Petition for Writ of Habeas Corpus (federal)

Date Filed: 12/09/2022
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**MARTIN GOTTESFELD**    represented by    **MARTIN GOTTESFELD**
12982-104
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808
PRO SE

V.

**Respondent**

**T. RULE**    represented by    **Jeffrey D. Preston**
*Warden*
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
(317) 229-2438
Fax: (317) 226-6125
Email: jeffrey.preston@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/09/2022 | [1](#) | PETITION for Writ of Habeas Corpus, filed by MARTIN GOTTESFELD. (No fee paid with this filing) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22, # [23](#) Exhibit 23, # [24](#) Exhibit 24, # [25](#) Envelope)(TPS) (Entered: 12/12/2022) |
| 12/12/2022 | [2](#) | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TPS) (Entered: 12/12/2022) |
| 12/12/2022 | [3](#) | Notice to File Rule 7.1 Disclosure Statement. (RAGS) (TPS) (Entered: 12/12/2022) |
| 12/15/2022 | [4](#) | NOTICE to Pro se Litigant - The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. (Copy sent to plaintiff via US mail). (JRT) (Entered: 12/15/2022) |
| 12/19/2022 | [5](#) | MOTION for Leave to Amend, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # [1](#) Exhibit and amended petition, # [2](#) Envelope)(JDC) (Entered: 12/20/2022) |
| 12/27/2022 | 6 | RECEIPT #EV229 for FILING FEE - HABEAS fee in the amount of $5, paid by Dana Gotteseld f/b/o Martin Gottesfeld. (AAS) (Entered: 12/27/2022) |
| 12/27/2022 | [7](#) | SECOND MOTION for Leave to Supplement or Amend, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # [1](#) Exhibit, # [2](#) Envelope)(JDC) (Entered: 12/28/2022) |
| 01/09/2023 | [8](#) | NOTICE of Filing by MARTIN GOTTESFELD (Attachments: # [1](#) Envelope) (JDC) (Entered: 01/10/2023) |
| 01/09/2023 | [9](#) | URGENT MOTION for Order to Preserve Evidence, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # [1](#) Envelope)(JDC) (Entered: 01/10/2023) |
| 01/09/2023 | [10](#) | MOTION to Amend Petition, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # [1](#) Exhibit, # [2](#) Envelope)(JDC) (Entered: 01/10/2023) |
| 01/12/2023 | [11](#) | ORDER ON PENDING MOTIONS - Petitioner's most recent motion, dkt. [10](#) , is granted to the extent that the clerk is directed to docket the attachment at Docket No. 10-1 as Mr. Gottsfeld's amended petition in this matter. Consistent with this ruling, Mr. Gottsfeld's prior motions to amend, dkts. [5](#) , [7](#) , are denied as moot. Mr. Gottsfeld has also moved the Court to order the Respondent to preserve certain evidence relevant to the litigation. Dkt 9. This motion, dkt. [9](#) , is granted to the extent that the duty to preserve evidence arises whenever a party knows, or should know, that litigation is imminent. Copy sent to petitioner via US mail. Signed by Judge James R. Sweeney II on 1/12/2023. (TPS) (Entered: 01/12/2023) |

| | | |
|---|---|---|
| 01/12/2023 | 12 | AMENDED PETITION against T. RULE, filed by MARTIN GOTTESFELD.(TPS) (Entered: 01/12/2023) |
| 01/25/2023 | 14 | NOTICE of the Court, filed by Petitioner MARTIN GOTTESFELD (Attachments: # 1 Exhibit, # 2 Envelope) (JDC) (Entered: 01/26/2023) |
| 01/26/2023 | 13 | MOTION for Leave to Supplement or Amend, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 amended petition, # 2 Envelope)(JDC) (Main Document 13 replaced on 2/1/2023) (KAA). (Attachment 1 replaced on 2/1/2023) (KAA). Modified on 2/1/2023 to correct page order and title (KAA). (Entered: 01/26/2023) |
| 01/31/2023 | 15 | ORDER TO SHOW CAUSE - The respondent shall have until March 14, 2023, in which to answer the allegations of the habeas petition, and in doing so shall show cause why the relief sought by the petitioner should not be granted. The petitioner shall have twenty-eight days after service of the answer in which to reply. Copy to petitioner via US Mail. Signed by Judge James R. Sweeney II on 1/31/2023.(KAA) (Entered: 01/31/2023) |
| 02/13/2023 | 16 | MOTION to Correct dkt 13 , filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Envelope)(JDC) (Entered: 02/15/2023) |
| 02/17/2023 | 17 | URGENT MOTION to Note Objections, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Envelope)(JDC) (Entered: 02/21/2023) |
| 03/07/2023 | 18 | NOTICE to the Court, filed by Petitioner MARTIN GOTTESFELD (Attachments: # 1 Envelope) (AKH) (Entered: 03/07/2023) |
| 03/08/2023 | 19 | SUPPLEMENTAL OR RENEWED MOTION to Note Objections, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Envelope)(JDC) (Entered: 03/09/2023) |
| 03/09/2023 | 21 | SECOND MOTION to Note Objection, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Envelope)(JDC) (Entered: 03/10/2023) |
| 03/10/2023 | 20 | MOTION to Note Objection, filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Envelope)(JDC) (Entered: 03/10/2023) |
| 03/14/2023 | 22 | NOTICE of Appearance by Jeffrey D. Preston on behalf of Respondent T. RULE. (Preston, Jeffrey) (Entered: 03/14/2023) |
| 03/14/2023 | 23 | First MOTION for Extension of Time to April 28, 2023 *to file Return to Order to Show Cause*, filed by Respondent T. RULE. (Attachments: # 1 Text of Proposed Order)(Preston, Jeffrey) (Entered: 03/14/2023) |
| 03/30/2023 | 24 | MOTION for Hearing and Response in Opposition to Motion dkt. 23 , filed by Petitioner MARTIN GOTTESFELD. (Attachments: # 1 Exhibit, # 2 Envelope)(JDC) (Entered: 03/31/2023) |

| | | |
|---|---|---|
| 03/30/2023 | 25 | ORDER GRANTING 23 MOTION FOR EXTENSION OF TIME AND DENYING OBJECTIONS - The respondent's motion for an extension of time, dkt. 23 , is GRANTED. The respondent shall have through April 28, 2023, to respond to the habeas petition. The petitioner's objections to this extension, dkt. 17 , and dkt. 19 , are DENIED. Copies sent pursuant to distribution list. Signed by Judge James R. Sweeney II on 3/30/2023. (AKH) (Entered: 03/31/2023) |
| 03/30/2023 | 26 | ORDER - Petitioner Martin Gottesfeld has filed several motions to note objections. The motion to note objection, dkt. 20 , in which the petitioner objects to the transfer of this case to a different district in the event he is transferred to a different prison facility, is GRANTED. This case will not be transferred if the petitioner is transferred. The motion to note objection, dkt. 21 , in which the petitioner raises an objection to any argument the respondent may make that the petition is moot based on the petitioner's release is DENIED without prejudice. The petitioner should raise any arguments in support of his habeas petition in his reply. Copies sent pursuant to distribution list. Signed by Judge James R. Sweeney II on 3/30/2023. (AKH) (Entered: 03/31/2023) |
| 04/28/2023 | 27 | RETURN TO ORDER TO SHOW CAUSE, re 15 Order to Show Cause, filed by T. RULE.. (Attachments: # 1 Exhibit 1 - Declaration Fred Roshto with Attach 1 - 9)(Preston, Jeffrey) (Entered: 04/28/2023) |

**Case #: 2:22-cv-00571-JRS-MJD**