FILED
05/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

```
MARTIN GOTTESFELD, Petitioner,  )
         pro se,                )
                                )
           v.                   )     No. 2:22-cv-571-JRS-MJD.
                                )
  T. RULE, Warden of The        )
Federal Correctional Institution,)
   Terre Haute, Indiana,        )
          Respondent.           )
```

NOTICE OF RECEIPT OF RETURN TO ORDER TO SHOW CAUSE, DKT. 27

MARTIN GOTTESFELD, Petitioner, *pro se*, notifies the Court and Respondent of his receipt Wednesday, May 3, 2023, of Respondent's Return to Order to Show Cause, dkts. 27, 27-1. *See* Notice ("Petitioner[...] notifies the Court and Respondent of Petitioner's intent to file a subsequent Notice upon Petitioner's receipt of Respondent's Return or Answer to the Court's Order to Show Cause"), dkt. 18.

Petitioner will timely file his Reply on or before Friday, May 26, 2023. *See* Order ("The petitioner should raise any arguments in support of his habeas petition in his reply"), dkt. 26; Order ("The petitioner shall have *twenty-eight days after service of the answer* in which to reply") (emphasis in original), dkt. 15.

Petitioner notes a set of presumably coordinated conditions that may, however, require that he seek an extension, i.e. 1) Respondent has refused to vend Petitioner a typewriter ribbon for over a month, 2) Respondent has refused to vend Petitioner flat (manila) envelopes for over a month and 3) Respondent has allowed the only photocopier to which Petitioner has direct access to exhaust and remain without toner since April 27, 2023. At this time, however, Petitioner foresees these issues likely shall not preclude his timely filing of his Reply.

Respectfully filed Wednesday, May 3, 2023, under the prison-mailbox rule, *Houston v. Lack*, 487 U.S. 266 (1988), by mailing to the Court in an envelope with sufficient affixed pre-paid First Class U.S. postage, handed at the next opportunity to Ms. Jamie Wheeler of the FCI Terre Haute D-unit team in her official capacity as an agent of Respondent and of Respondent's counsel,

by: _____
Martin Gottesfeld, *pro se*,
Reg. no. 12982-104,
Federal Correctional Institution,
P.O. Box 33,
Terre Haute, IN 47808.

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, *pro se*, certify that I caused a digital copy of the foregoing document to be served upon counsel for the respondent in the above-captioned case by mailing this copy to the Court on May 3, 2023, or my first opportunity thereafter; *see* 28 C.F.R. § 540.203 (mail to U.S. courts and judges is read for contents),

by: _____
Martin Gottesfeld.

NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ Correctional Institution
P.O. P. 33
Terre Haute, IN 47808

CONTENTS—• NOTICE (2 PGS.).

TOTAL—2 PGS. FOR ENTRY IN
2:22-CV-571-JRS-MJD.

INDIANAPOLIS IN 460

8 MAY 2023 PM 2 L

Wednesday, May 3, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**

MAY 10 2023

**U.S. CLERK'S OFFICE**

47807-373829

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

