NAME: MARTIN GOTTESFELD
NUMBER: 12982-104
Federal ~~Prison Camp~~ Correctional Institution
P.O. P  33
Terre Haute, IN 47808
CONTENTS—• NOTICE (2 PGS.).
TOTAL—2 PGS. FOR ENTRY IN
2:22-CV-571-JRS-MJD.

INDIANAPOLIS IN 460

8 MAY 2023 PM 2 L

Wednesday, May 3, 2023; *Houston v. Lack*, 487 U.S. 266 (1988)

⇔12982-104⇔
U S Distr Court
921 OHIO ST
Room #104
Terre Haute, IN 47807
United States

**FILED**

MAY 10 2023



**U.S. CLERK'S OFFICE**

47807-373829

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER