**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

MARTIN GOTTESFELD,                             )
                                               )   Case No. 2:22-cv-00571-JRS-MJD
        Petitioner,                    )
                                               )
        v.                             )
                                               )
T. RULE,                                       )
                                               )
        Respondent.                    )
                                               )
                                               )
_____              )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this matter as counsel for Petitioner, Martin Gottesfeld.

Dated: May 10, 2023                            */s/ Natalie A. Lyons*_____
                                               Natalie A. Lyons, No. 36583-32
                                               COHEN & MALAD, LLP
                                               One Indiana Square, Suite 1400
                                               Indianapolis, IN 46204
                                               (317) 636-6481
                                               nlyons@cohenandmalad.com