**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

MARTIN GOTTESFELD,          )
                                      )
            Petitioner,      )    Case No. 2:22-cv-00571-JRS-MJD
                                      )
           v.                    )
                                      )
T. RULE,                   )
                                      )
           Respondent.      )
                                      )
                                      )
                                      )
_____ )

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

Petitioner, by counsel, respectfully moves this Court for an enlargement of time to file the reply in support of his writ of habeas corpus, and in support, states:

1.      Petitioner filed a petition for a writ of habeas corpus on December 9, 2022 and an amended petition on January 12, 2023. Docs. 1, 12.

2.      The Court ordered Respondent to answer Petitioner's allegations by March 14, 2023 and ordered Petitioner to reply in support of the petition within twenty-eight days after service of Respondent's answer. Doc. 15.

3.      On March 14, the deadline for responding, Respondent moved for an enlargement of 45 days to answer the petition. Doc. 23. On March 30, 2023, the Court granted Respondent's request, setting the deadline on April 28, 2023. Doc. 25.

4.      On April 28, 2023, Respondent filed his answer, Doc. 27, and on May 10, 2023, Petitioner filed his Notice of Receipt of Respondent's answer on May 3, 2023. Doc. 30.

5.      On May 4, 2023, the Court granted Petitioner's motion to amend the petition and ordered Respondent to notify the Court by May 12, 2023 whether its April 28, 2023 return is

responsive to the supplement arguments raised in Petitioner's supplemental petition (Doc. 13-1). Doc. 28. Respondent filed a supplemental return on May 8, 2023. Doc. 29.

6.     On Wednesday, May 10, 2023, the undersigned counsel appeared on behalf of Petitioner, having been retained to represent him as pro bono counsel in this matter. Doc. 31.

7.     While the undersigned first attempted to obtain access to the Petitioner at FCI Terre Haute on April 26, 2023 for purposes of confidential, legal consultation, the first such communication did not occur until Monday, May 8, 2023. This nearly two week delay occurred despite diligent efforts, including repeated emails and calls to the individuals charged with scheduling legal communications at FCI Terre Haute. Moreover, these obstacles to Petitioner's access to counsel were imposed notwithstanding pending deadlines in this case, acknowledged by prison staff charged with providing such access—and thus delaying counsel's efforts to engage in competent representation of Petitioner in this matter.

8.     Given these significant delays and the complexity of the issues alleged by Petitioner, and to ensure adequate representation by counsel in this matter, Petitioner seeks a three-week extension of the deadline to file the reply in support of his Petition, from May 28, 2023 (28 days after he received the answer, on May 3) to June 21, 2023. Petitioner intends to address any arguments raised in Respondent's supplemental return (Doc. 29) in this reply as well.

Based on the foregoing and for good cause shown, Petitioner respectfully requests that the time required for the reply in support of his habeas petition be enlarged by three weeks to June 21, 2023.

Dated: May 12, 2023                    Respectfully submitted:

                                       */s/ Natalie A. Lyons*
                                       Natalie A. Lyons, No. 36583-32
                                       COHEN & MALAD, LLP
                                       One Indiana Square, Suite 1400

Indianapolis, IN 46204
(317) 636-6481
nlyons@cohenandmalad.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ *Natalie Lyons*
Natalie Lyons