**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MARTIN GOTTESFELD,<br><br>    Petitioner,<br><br>v.<br><br>T. RULE,<br><br>    Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:22-cv-00571-JRS-MJD |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

This matter having come before the Court on a Motion for Enlargement of Time filed by the Petitioner, and the Court, having examined said Motion and being duly advised, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Petitioner shall have through June 21, 2023, in which to reply in support of his habeas petition.

Distribution:

All ECF-registered counsel of record

    MARTIN GOTTESFELD
    12982-104
    TERRE HAUTE - FCI
    Inmate Mail/Parcels
    P.O. BOX 33
    TERRE HAUTE, IN 47808