IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARTIN GOTTESFELD,<br><br>    Petitioner,<br><br>v.<br><br>T. RULE,<br><br>    Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:22-cv-00571-JRS-MJD |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

This matter having come before the Court on a Motion for Enlargement of Time filed by the Petitioner, and the Court, having examined said Motion and being duly advised, hereby GRANTS the motion, dkt. [32].

IT IS THEREFORE ORDERED that Petitioner shall have through June 21, 2023, in which to reply in support of his habeas petition.

IT IS SO ORDERED.

Date: 5/17/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF