UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN GOTTESFELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00571-JRS-MJD |
| | ) | |
| T. RULE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING FURTHER PROCEEDINGS**

On May 26, 2023, Petitioner Martin Gottesfeld, by counsel, filed a motion for temporary restraining order seeking to expedite his release to home confinement, which is currently scheduled for June 7, 2023. Counsel for Respondent is directed to file a response to Mr. Gottesfeld's motion **by May 31, 2023**.

**SO ORDERED.**

Date: 5/31/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Natalie A. Lyons
Cohen and Malad
nlyons@cohenandmalad.com

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov