IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD, )
)
    Petitioner, )
)
v. ) Case No. 2:22-cv-00571-JRS-MJD
)
T. RULE, )
)
    Respondent. )
)

## DECLARATION OF DANA GOTTESFELD IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

I, Dana Gottesfeld, declare as follows:

1. I am the wife of Martin Gottesfeld, Petitioner in this matter.

2. I make this declaration upon personal knowledge and would testify to the same if called as a witness.

3. Prior to May 22, 2023, I was unaware of the intention to release my husband to home confinement. My understanding was that he would be spending his community confinement at the Coolidge House, 307 Huntington Avenue, Boston, MA 02115.

4. At approximately 10:00 a.m. ET on Monday, May 22, 2023, a "Community Verification Specialist," David Flynn, called me, saying that my husband was due to be released on Tuesday, May 23 to home confinement at my house in Somerville, MA. He then asked if he could come and inspect the house and conduct the orientation that same day. I responded that I could not be present for the inspection and orientation that day, because I was out of town. But I offered to be available the next day (May 23) for the home inspection and orientation.

1

5. During the call with Mr. Flynn, I asked him if my husband would be first going to the Coolidge House in Boston and then to my home. And he responded, "Yes."

6. Later that same day (May 22), I called Mr. Green and he told me that the home inspection could be conducted another time. He also told me that his employer had known about my husband's home detention, and the need to conduct the home inspection, for at least several days.

7. I have been available for the home inspection and orientation since May 23, 2023, and as of Friday, May 26, 2023, no inspection has been conducted.

8. On March 27, 2023, I sent money to my husband's prison trust account to cover his monthly IFRP payment, which at that time was $750.00.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of May 2023.

_____
Dana Gottesfeld

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023 I caused a true and accurate copy of the foregoing to be served via ECF to counsel of record in this matter.

/s/ Natalie Lyons
Natalie Lyons