UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD,

    Petitioner,

v.                                Case No. 2:22-cv-00571-MJD

T. RULE,

    Respondent.

_____/

## DECLARATION OF BROOKE SHOEMAKER

I, Brooke Shoemaker, do hereby declare, certify and state as follows:

1.    I am employed by the Federal Bureau of Prisons (hereafter "BOP") and work at the Federal Correctional Complex in Terre Haute, Indiana (hereafter "FCC Terre Haute") as the Deputy Case Management Coordinator (CMC).[1] I have been the Deputy CMC since 2021 and have been employed by the BOP in positions of increasing responsibility since 2002.

2.    My role as a Deputy CMC is to review release paperwork and to oversee inmate movements.

3.    Inmate Martin Gottesfeld (Reg. No. 12982-104) is currently assigned to the FCI at Terre Haute and is housed in the Communications Management Unit.

---

[1] FCC Terre Haute is comprised of a United States Penitentiary (high security), a Federal Correctional Institution (medium security) and a Federal Prison Camp (minimum security).

4.     Inmate Gottesfeld was originally slated to depart from FCI Terre Haute to his halfway house on May 22, 2023. On May 22, 2023 Mr. Gottesfeld's home was to be inspected before he could be released to home confinement to serve the remainder of his sentence.

5.     Fred Roshto, my supervisor, was notified by the BOP's Residential Reentry Specialist, Malikah Reeder, at 12:18 pm, on May 22, 2023, that Inmate Gottesfeld's wife, Dana Gottesfeld, was not present when the inspection was to be conducted, therefore, the Residential Reentry Specialist generated a new release date scheduled for June 7, 2023.[2]

6.     Currently, Terre Haute FCC is tracking a release and travel date of June 6, 2023, with inmate Gottesfeld arriving on June 7, 2023.[3]

7.     The BOP Unit Staff review Residential Reentry Center and Direct Home Confinement placement based on a number of factors including inmate release needs/ requirements and safety of the general public. Ultimately, the Residential Reentry Manager will make the final determination of a release location and duration as institution staff have no capability of loading these dates or time frames.

I declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746 this May 31, 2023.

_____
Brooke Shoemaker
U.S. Department of Justice
Federal Bureau of Prisons
USP Terre Haute

---

[2] See attached email.
[3] See attached Release and Furlough documents.