UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

MARTIN GOTTESFELD,

    Petitioner,

    v.                                              Case No. 2:22-cv-00571-MJD

T. RULE,

    Respondent.

_____/

## **DECLARATION OF PATRICK MCFARLAND**

I, Patrick McFarland, do hereby declare, certify and state as follows:

    1.    I am employed by the Federal Bureau of Prisons (hereafter "BOP") and work at <u>New York, NY</u> as the Residential Reentry Manager (RRM). I have been the RRM since 2015 and have been employed by the BOP in positions of increasing responsibility since <u>2001</u>.

    2.    Inmate Martin Gottesfeld is located at Terre Haute Federal Correctional Complex and was set to transport to his half-way house, followed by home confinement on May 22, 2023.

    3.    Residential Reentry Center (RRC) staff attempted to conduct a home inspection on May 22, 2023, which is needed before the inmate can be released from prison, however, when the RRC staff contacted the sponsor (inmate's wife) she was unavailable due to being out of town. Therefore, the RRC set a new date of June 7, 2023 for inmate Gottesfeld to be released to

home confinement. The new date allows enough time for the institution to route the required furlough transfer paperwork and to complete the inspection.

4. The residence of inmate's wife was inspected yesterday, May 30, 2023, and has now been approved.

I declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746 this May 31, 2023.

*Patrick McFarland*
Patrick McFarland
U.S. Department of Justice
Federal Bureau of Prisons
NY RRM